AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SHANE CHENG and TERELL STERLING,<br>individually and on behalf of others similarly situated,<br>*Plaintiff(s)*<br>v.<br>ALLY FINANCIAL INC., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  3:21-cv-00781-SK<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ally Financial Inc.
c/o The Corporation Company
40600 Ann Arbor Rd., E Ste. 201
Plymouth, Michigan 48170

SEE ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Susan Y. Soong*

Date:  February 2, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ☐ I returned the summons unexecuted because _____ ; or

 ☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

              _____
              *Server's signature*

              _____
              *Printed name and title*

              _____
              *Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A

### PLAINTIFFS

SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,

### DEFENDANTS

1. Alpaca Securities LLC
   c/o John Torola
   20 N. San Mateo Drive Ste 10
   San Mateo, California 94401

2. Apex Clearing Corporation
   c/o National Registered Agents, Inc.
   28 Liberty Street
   New York, New York 10005

3. Barclays Bank PLC
   c/o Barclays Bank PLC
   745 Seventh Avenue
   New York, New York 10019

4. Cash App Investing LLC
   c/o National Registered Agents, Inc.
   1209 Orange Street
   Wilmington, Delaware 19801

5. Charles Schwab & Co. Inc.
   c/o CT Corporation System
   818 West Seventh Street, Suite 930|
   Los Angeles, California 90017

6. Citadel Enterprise Americas, LLC
   c/o Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, Delaware 19801

7. Citadel Securities LLC
   c/o Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, Delaware 19801

8. dough LLC
   c/o Cogency Global, Inc.
   850 New Burton Road, Suite 210
   Dover, Delaware 19904

9. eToro USA Securities Inc.
   c/o Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

10. E*Trade Financial Corporation
    c/o Corporation Service Company
    100 Shockoe Slip Fl 2
    Richmond, Virginia 23219

11. E*TRADE Financial Holdings, LLC
    c/o Corporation Service Company
    100 Shockoe Slip Fl 2
    Richmond, Virginia 23219

12. E*TRADE Securities LLC
    c/o Corporation Service Company
    135 East 57th Street
    New York, New York 10022

13. FF Trade Republic Growth, LLC
    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, California 90017

14. Freetrade LTD
    32-38 Leman Street
    London, E1 8EW
    United Kingdom

15. Fumi Holdings, Inc.
    c/o Business Filings Incorporated
    108 West 13th Street
    Wilmington New Castle, Delaware 19801

16. IG Group Holdings PLC
    c/o IG US Holdings, Inc.
    311 South Wacker, Suite 2650
    Chicago, Illinois 60606

17. Interactive Brokers LLC
    One Pickwick Plaza
    Greenwich, Connecticut 06830

18. M1 Finance, LLC
    200 N Lasalle Street, Suite 800
    Chicago, Illinois 60601

19. Melvin Capital Management LP
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, Delaware 19808

20. Morgan Stanley Smith Barney LLC
    c/o CT Corporation System
    28 Liberty Street
    New York, New York 10005

21. Open to the Public Investing, Inc.
    c/o T3 Securities, Inc.
    1 State Street Plaza, 10th Floor
    New York, New York, 10004

22. Robinhood Financial LLC
    c/o Incorporating Services, Ltd.
    7801 Folsom Blvd. #202
    Sacramento, California 95826

23. Robinhood Markets, Inc.
    c/o Incorporating Services, Ltd.
    7801 Folsom Blvd. #202
    Sacramento, California 95826

24. Robinhood Securities, LLC
    c/o Incorporating Services, Ltd.
    7801 Folsom Blvd. #202
    Sacramento, California 95826

25. Sequoia Capital Operations LLC
    c/o CT Corporation System
    818 West Seventh Street, Ste 930
    Los Angeles, California 90017

26. Square Inc.
    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, California 90017

27. Stash Financial, Inc.
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, Delaware 19808

28. Tastyworks, Inc.
    c/o Cogency Global, Inc.
    850 New Burton Road, Suite 210
    Dover, Delaware 19904

29. TD Ameritrade, Inc.
    c/o Incorporating Services Ltd.
    5601 S. 59th St., Suite C,
    Lincoln, Nebraska 68516

30. The Charles Schwab Corporation
    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, California 90017

31. The Depository Trust Company
    c/o CT Corporation System
    28 Liberty Street
    New York, New York 10005

32. Trading 212 Ltd.
    3 Lachezar Stanchev Str., Litex Tower, Floor 10,
    Sofia 1797, Bulgaria

33. Trading 212 UK Ltd.
    107 Cheapside
    London EC2V 6DN, United Kingdom

34. Webull Financial LLC
    c/o Business Filings Inc.
    108 West 13th Street
    Willimington, Delaware 19801