| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
|   | Christopher K.L. Young (State Bar No. 318371) |
| 3 | Anupama K. Reddy (State Bar No. 324873) |
|   | **JOSEPH SAVERI LAW FIRM, INC.** |
| 4 | 601 California Street, Suite 1000 |
|   | San Francisco, California 94108 |
| 5 | Telephone:  (415) 500-6800 |
|   | Facsimile:   (415) 395-9940 |
| 6 | Email:   jsaveri@saverilawfirm.com |
|   |             swilliams@saverilawfirm.com |
| 7 |             cyoung@saverilawfirm.com |
|   |             areddy@saverilawfirm.com |
| 8 | *Counsel for Individual and Representative Plaintiffs* |
|   | *Shane Cheng and Terell Sterling* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
|  | PROOF OF SERVICE |
| Plaintiffs, | |
| v. | |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; | |

| | |
|---|---|
| TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                Defendants. | |

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Square Inc.
was received by me on *(date)* 02/03/2021

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jessie Gastelum, CT Corp Agent, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, 818 W 7th St., Ste. 930, Los Angeles, CA 90017, at 11:48 AM on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/03/2021

*Server's signature*

Gustavo Gonzalez, Los Angeles County Reg. No. 6461
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons; Class Action Complaint; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California; Joint Case Management Statement & [Proposed] Order; Consent or Declination to Magistrate Judge Jurisdiction (blank)