Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         cyoung@saverilawfirm.com
         areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.; | Case No. 3:21-CV-00781-SK<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |

TRADING 212 UK LTD.;
WEBULL FINANCIAL LLC;
FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.;
BARCLAYS BANK PLC;
CITADEL ENTERPRISE AMERICAS, LLC;
CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT LP;
SEQUOIA CAPITAL OPERATIONS LLC;
APEX CLEARING CORPORATION;
THE DEPOSITORY TRUST & CLEARING CORPORATION,

        Defendants.

Plaintiffs Shane Cheng and Terell Sterling, on behalf of themselves and all others similarly situated, ("Plaintiffs") submit this Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rule 3-13.

Plaintiffs are aware that there are new cases that involve all or a material part of the same subject matter and substantially all of the same parties as the above-captioned case currently pending before this Court. *See* N.D. Cal. Civil Local Rule 3-13. These cases (collectively, "Short Squeeze Actions") are as follows:

1. *Cobos v. Robinhood Financial LLC et al.*, Case No. 2:21-cv-00843 (C.D. Cal.);
2. *Gossett et al. v. Robinhood Financial, LLC et al.*, Case No. 2:21-cv-00837 (C.D. Cal.);
3. *Kayali et al. v. Robinhood Financial, LLC et al.*, Case No. 2:21-cv-00835 (C.D. Cal.);
4. *Daniels v. Robinhood Financial LLC et al.*, Case No. 1:21-cv-00290 (D. Co.);
5. *Fresa v. Robinhood Financial LLC et al.*, Case No. 3:21-cv-00134 (D. Conn.);
6. *Ziegler v. Robinhood Financial LLC et al.*, Case No. 3:21-cv-00123 (D. Conn.);
7. *Minnick et al v. Robinhood Financial LLC et al.*, Case No. 2:21-cv-00489 (E.D. Pa.);
8. *Lavin v. Robinhood Financial LLC*, Case No. 1:21-cv-00115 (E.D. Va.);
9. *Diamond v. Robinhood Financial, LLC*, Case No. 6:21-cv-00207 (M.D. Fla.);
10. *Perri et al v. Robinhood Markets, Inc. et al*, Case No. 8:21-cv-00234 (M.D. Fla.);
11. *Schaff v. Robinhood Markets, Inc. et al.*, Case No. 8:21-cv-00216 (M.D. Fla.);
12. *Schaff v. TD Ameritrade, Inc.*, Case No. 8:21-cv-00222 (M.D. Fla.);
13. *Muncy v. Robinhood Securities LLC et al.*, Case No. 2:21-cv-01729 (D.N.J.);
14. *Noorzaie v. Robinhood Markets, Inc. et al.*, Case No. 3:21-cv-01361 (D.N.J.);
15. *Zybura v. Robinhood Financial LLC et al.*, Case No. 1:21-cv-1348 (D.N.J.);
16. *Baird v. Robinhood Financial, LLC et al.*, Case No. 4:21-cv-00061 (N.D. Fla.);
17. *Cherry v. Robinhood Financial LLC et al.*, Case No 1:21-cv-00574 (N.D. Ill.);
18. *Gatz v. Robinhood Financial, LLC*, Case No. 1:21-cv-00490 (N.D. Ill.);
19. *Hiscock v. TD Ameritrade, Inc.*, Case No. 1:21-cv-00624 (N.D. Ill.);
20. *Kayali et al v. Robinhood Financial, LLC et al.*, Case No. 1:21-cv-00510 (N.D. Ill.);
21. *Lagmanson et al. v. Robinhood Markets, Inc. et al.*, Case No. 1:21-cv-00541 (N.D. Ill.);
22. *Nordeen et al v. Robinhood Financial LLC et al.*, Case No. 3:21-cv-00167 (S.D. Cal.);
23. *Courtney v. Robinhood Financial LLC et al.*, Case No. 0:21-cv-60220 (S.D. Fla.);
24. *Fray v. Robinhood Financial LLC et al.*, Case No. 0:21-cv-60226 (S.D. Fla.);
25. *Juncadella v. Robinhood Financial LLC*, Case No., 1:21-cv-20414 (S.D. Fla.);
26. *Scalia v. Robinhood Financial, LLC et al.*, Case No. 9:21-cv-80238 (S.D. Fla.);
27. *Nelson v. Robinhood Financial LLC*, Case No. 1:21-cv-0077 (S.D.N.Y.);
28. *Williams v. Webull Financial LLC*, Case No. 1:21-cv-00799 (S.D.N.Y.);
29. *Ng et al v. Robinhood Financial, LLC et al.*, No. 4:21-cv-00311 (S.D. Tex.);
30. *Ross et. al. v. Robinhood Financial, LLC*, Case No. 4:21-cv-00292 (S.D. Tex.);
31. *Omahne v. Robinhood Financial, LLC*, Case No. 3:21-cv-00013 (W.D. Pa.).

The Short Squeeze Actions allege facts and claims involving the same unlawful conduct as asserted in the above-captioned case pending before this Court. Plaintiffs in each action seek class

treatment of their claims—including antitrust claims—that are or nearly are the same, alleging that on or around January 28, 2021, Defendants engaged in a conspiracy and took action that restrained trade by prohibiting retail investors from purchasing the following relevant securities: GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), and Trivago N.V. (TRVG) (together, the "Relevant Securities"), rendering the market for securities anticompetitive and resulting in artificially set prices and limited ability to trade the Relevant Securities. Furthermore, the Short Squeeze Actions each involve claims against all or nearly all of the Defendants and challenge essentially the same unlawful conduct related to the restriction of trading in the Relevant Securities occurring on or around January 28, 2021. Each assert the similar causes of action—including claims for damages under Section 1 of the Sherman Act, 15 U.S.C. § 1—and seek similar relief in the form of damages and an injunctive relief.

       Plaintiffs believe coordination of these cases will promote the conservation of resources and the interests of efficiency.

       Given the number of cases filed arising out of substantially the same subject matter and involving substantially all or nearly all of the same parties, Plaintiffs filed a motion before the Judicial Panel on Multidistrict Litigation to transfer these cases to the Northern District of California and consolidate them pursuant to 28 U.S.C. § 1407 on February 4, 2021. The motion has not yet been docketed or assigned to the Panel's hearing calendar.

| | |
|---|---|
| Dated: February 5, 2021 | By:     /s/ *Joseph R. Saveri* <br>         Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        cyoung@saverilawfirm.com
        areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs Shane Cheng and Terell Sterling*

Case No. 3:21-cv-00781-SK     3
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING