| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
|   | Christopher K.L. Young (State Bar No. 318371) |
| 3 | Anupama K. Reddy (State Bar No. 324873) |
|   | **JOSEPH SAVERI LAW FIRM, INC.** |
| 4 | 601 California Street, Suite 1000 |
|   | San Francisco, California 94108 |
| 5 | Telephone:  (415) 500-6800 |
|   | Facsimile:   (415) 395-9940 |
| 6 | Email:    jsaveri@saverilawfirm.com |
|   |           swilliams@saverilawfirm.com |
| 7 |           cyoung@saverilawfirm.com |
|   |           areddy@saverilawfirm.com |
| 8 | *Counsel for Individual and Representative Plaintiffs* |
|   | *Shane Cheng and Terell Sterling* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                    Defendants. |

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

**Affidavit of PROCESS SERVER**

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
Case Number   3:21-CV-00781-SK

SHANE CHENG AND TERELL STERLING,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED
v.

ALPACA SECURITIES LLC, ET AL

I, PEYTON EASTWOOD

BEING DULY SWORN, DEPOSE AND SAY, I HAVE BEEN DULY AUTHORIZED TO MAKE SERVICE OF THE DOCUMENT(S) LISTED HEREIN, IN THE ABOVE MENTIONED CASE. I AM OVER THE AGE OF 18, AND NOT A PARTY TO OR OTHERWISE INTERESTED IN THIS MATTER.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS; ATTACHMENT A; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; JOINT CASE MANAGEMENT STATE & ORDER; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |
| ON THE WITHIN NAMED DEFENDANT | ETRADE FINANCIAL CORPORATION C/O R/A CORPORATION SERVICE COMPANY |
| PERSON SERVED | RENE NORDQUIST, EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY | 2/8/2021 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50S |
| **Height** | 5'10" | **Build** | 185-200 LBS | **Hair** | BLONDE |

LOCATION OF SERVICE   100 SHOCKOE SLIP, 2ND FLOOR
RICHMOND, VIRGINIA 23219

Service GPS   -77.43402 37.53521
Date Of Service   2/8/2021
Time   1:57 PM

PEYTON EASTWOOD    2/9/2021
PROCESS SERVER

PRINT Zachary Lynn    SIGN ____    NOTARY
COUNTY OF Chesterfield, STATE OF Virginia    MY COMMISSION EXPIRES 9/30/21
SUBSCRIBED AND SWORN BEFORE ME ON THIS 9 DAY OF February, 2021

ZACHARY LYNN
NOTARY PUBLIC
REGISTRATION # 7573174
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30 2021

CHESTERFIELD PROCESS
10310 BEECHGROVE DR.
CHESTERFIELD, VA 23832
(804)-938-4761

*26532A*

Law Firm ID:    Firm #    Case Return Date: 02/15/2021