Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          cyoung@saverilawfirm.com
          areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC ;<br>TRADING 212 LTD.; | Case No. 3:21-CV-00781-SK<br><br>PROOF OF SERVICE |

| | |
|---|---|
| TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                    Defendants. | |

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

**Affidavit of PROCESS SERVER**

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
Case Number   **3:21-CV-00781-SK**

SHANE CHENG AND TERELL STERLING,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED
v.

ALPACA SECURITIES LLC, ET AL

I, PEYTON EASTWOOD

BEING DULY SWORN, DEPOSE AND SAY, I HAVE BEEN DULY AUTHORIZED TO MAKE SERVICE OF THE DOCUMENT(S) LISTED HEREIN, IN THE ABOVE MENTIONED CASE. I AM OVER THE AGE OF 18, AND NOT A PARTY TO OR OTHERWISE INTERESTED IN THIS MATTER.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS; ATTACHMENT A; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; JOINT CASE MANAGEMENT STATE & ORDER; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |
| ON THE WITHIN NAMED DEFENDANT | ETRADE FINANCIAL HOLDINGS LLC C/O R/A CORPORATION SERVICE COMPANY |
| PERSON SERVED | RENE NORDQUIST, EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY | 2/8/2021 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | FEMALE | Race | WHITE | Age | 50S |
|---|---|---|---|---|---|
| Height | 5'10" | Build | 185-200 LBS | Hair | BLONDE |

LOCATION OF SERVICE   100 SHOCKOE SLIP, 2ND FLOOR
RICHMOND, VIRGINIA 23219

Service GPS   -77.43396 37.53516
Date Of Service   2/8/2021
Time   1:57 PM

PEYTON EASTWOOD   2/9/2021
**PROCESS SERVER**

PRINT  Zachary Lynn   SIGN ___   NOTARY
COUNTY OF Chesterfield, STATE OF Virginia   MY COMMISSION EXPIRES 9/30/21
SUBSCRIBED AND SWORN BEFORE ME ON THIS  9  DAY OF February , 2021

ZACHARY LYNN
NOTARY PUBLIC
REGISTRATION # 7573174
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30, 2021

CHESTERFIELD PROCESS
10310 BEECHCROFT DR.
CHESTERFIELD, VA 23832
(804)-938-4761

*26533A*

Law Firm ID:   Firm #   Case Return Date: **02/15/2021**