| | |
|---|---|
| 1 | Heather M. Burke (SBN 284100) |
| 2 | WHITE & CASE LLP<br>3000 El Camino Real |
| 3 | 2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109 |
| 4 | Telephone:  (650) 213-0300<br>Facsimile:   (650) 213-8158 |
| 5 | hburke@whitecase.com |
| 6 | J. Mark Gidley (*pro hac vice forthcoming*)<br>WHITE & CASE LLP |
| 7 | 701 Thirteenth Street, NW<br>Washington, DC  20005-3807 |
| 8 | Telephone:  (202) 626-3600<br>Facsimile:   (202) 639-9355 |
| 9 | mgidley@whitecase.com |
| 10 | Jack E. Pace (*pro hac vice forthcoming*)<br>Bryan D. Gant (*pro hac vice forthcoming*) |
| 11 | WHITE & CASE LLP<br>1221 Avenue of the Americas |
| 12 | New York, NY  10020<br>Telephone:  (212) 819-8200 |
| 13 | Facsimile:   (212) 354-8113<br>jpace@whitecase.com |
| 14 | bgant@whitecase.com |
| 15 | Attorneys for Apex Clearing Corp. |

16  UNITED STATES DISTRICT COURT

17  NORTHERN DISTRICT OF CALIFORNIA

18  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00781-SK |
| 21 | | **NOTICE OF APPEARANCE OF** |
| 22 | Plaintiffs, | **COUNSEL FOR DEFENDANT**<br>**APEX CLEARING CORP.** |
| 23 | v. | |
| 24 | ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC; | |
| 25 | CASH APP INVESTING LLC;<br>SQUARE INC.; | |
| 26 | DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY | |
| 27 | LLC;<br>E*TRADE SECURITIES LLC; | |
| 28 | E*TRADE FINANCIAL CORPORATION; | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC;<br>IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.;<br>TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                      Defendants. | |

16

17   TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF

18   RECORD:

19   The undersigned attorneys, of White & Case LLP, hereby enter their appearance in the

20   above-captioned case as counsel of record for Defendant Apex Clearing Corporation. Attorney

21   Heather M. Burke is a member of the State Bar of California and is admitted to practice in the

22   Northern District of California.[1]  Applications from the remaining attorneys to appear *pro hac*

23   *vice* in this matter are forthcoming. The address and telephone number of the respective attorneys

24   are as provided in the captions above. Please serve said counsel with all pleadings and notices in

25   this action.

26

27

28   [1] This appearance should not be construed as a waiver of any objection to personal jurisdiction or any other defenses.

- 1 -
NOTICE OF APPEARANCE OF COUNSEL
CASE NO: 3:21-CV-00781-SK

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: | February 9, 2021 | By: */s/ Heather M. Burke* |
| | | Heather M. Burke (SBN 284100) |
| | | WHITE & CASE LLP |
| | | 3000 El Camino Real |
| | | 2 Palo Alto Square, Suite 900 |
| | | Palo Alto, CA 94306-2109 |
| | | Telephone: (650) 213-0300 |
| | | Facsimile: (650) 213-8158 |
| | | hburke@whitecase.com |

J. Mark Gidley (*pro hac vice forthcoming*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
mgidley@whitecase.com

Jack E. Pace (*pro hac vice forthcoming*)
Bryan D. Gant (*pro hac vice forthcoming*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
bgant@whitecase.com

Attorneys for Apex Clearing Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

Executed:   February 9, 2021          */s/ Heather M. Burke*
                                                              Heather M. Burke