Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           cyoung@saverilawfirm.com
           areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs*
*Shane Cheng and Terell Sterling*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
|  | PROOF OF SERVICE |
| Plaintiffs, |  |
| v. |  |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; |  |

TRADING 212 UK LTD.;
WEBULL FINANCIAL LLC;
FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.;
BARCLAYS BANK PLC;
CITADEL ENTERPRISE AMERICAS, LLC;
CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT LP;
SEQUOIA CAPITAL OPERATIONS LLC;
APEX CLEARING CORPORATION;
THE DEPOSITORY TRUST & CLEARING
CORPORATION,

Defendants.

PROOF OF SERVICE

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00781-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TD AMERITRADE, INC
was received by me on *(date)*   02/08/2021

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* TIFFANI WALLOCD, REGISTERED AGENT SPECIALIST , who is
designated by law to accept service of process on behalf of *(name of organization)* INCORPORATING SERVICES, Ltd.,
5601 S. 59th St. Ste C, Lincoln, NE 68516   on *(date)* 02/09/2021 ; or
@ 12:08 p.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   02/09/2021

_____
Server's signature

BARBARA STEK, PROCESS SERVER
Printed name and title

3139 So. 58th St., Lincoln, NE 68506
Server's address

Additional information regarding attempted service, etc:

### ATTACHMENT TO PROOF OF SERVICE
### COMPLETE LIST OF DOCUMENTS SERVED

*Re: Shen Cheng and Terell Sterling, et al. v. Alpaca Securities, LLC, et al.*
*United State District Court, Northern District of CA - Case No. 3:21-cv-00781-SK*

- Summons;

- Class Action Complaint;

- Notice of Electronic Filing;

- Order Setting Initial Case Management Conference and ADR Deadlines;

- Standing Order for Magistrate Judge Sallie Kim;

- Standing Order for All Judges of the Northern District of California;

- Joint Case Management Statement & [Proposed] Order; and

- Consent or Declination to Magistrate Judge Jurisdiction (blank)