| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | Steven N. Williams (State Bar No. 175489) |
| 2 | Christopher K.L. Young (State Bar No. 318371) |
| | Anupama K. Reddy (State Bar No. 324873) |
| 3 | **JOSEPH SAVERI LAW FIRM, INC.** |
| | 601 California Street, Suite 1000 |
| 4 | San Francisco, California 94108 |
| | Telephone: (415) 500-6800 |
| 5 | Facsimile: (415) 395-9940 |
| | Email:   jsaveri@saverilawfirm.com |
| 6 |          swilliams@saverilawfirm.com |
| | cyoung@saverilawfirm.com |
| 7 | areddy@saverilawfirm.com |
| 8 | *Counsel for Individual and Representative Plaintiffs* |
| | *Shane Cheng and Terell Sterling* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
| | PROOF OF SERVICE |
| Plaintiffs, | |
| v. | |
| ALLY FINANCIAL INC.; | |
| ALPACA SECURITIES LLC; | |
| CASH APP INVESTING LLC; | |
| SQUARE INC.; | |
| DOUGH LLC; | |
| MORGAN STANLEY SMITH BARNEY LLC; | |
| E*TRADE SECURITIES LLC; | |
| E*TRADE FINANCIAL CORPORATION; | |
| E*TRADE FINANCIAL HOLDINGS, LLC; | |
| ETORO USA SECURITIES, INC.; | |
| FREETRADE, LTD.; | |
| INTERACTIVE BROKERS LLC; | |
| M1 FINANCE, LLC; | |
| OPEN TO THE PUBLIC INVESTING, INC.; | |
| ROBINHOOD FINANCIAL, LLC; | |
| ROBINHOOD MARKETS, INC.; | |
| ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; | |
| TASTYWORKS, INC.; | |
| TD AMERITRADE, INC.; | |
| THE CHARLES SCHWAB CORPORATION; | |
| CHARLES SCHWAB & CO. INC.; | |
| FF TRADE REPUBLIC GROWTH, LLC ; | |
| TRADING 212 LTD.; | |

1  TRADING 212 UK LTD.;
   WEBULL FINANCIAL LLC;
2  FUMI HOLDINGS, INC.;
   STASH FINANCIAL, INC.;
3  BARCLAYS BANK PLC;
   CITADEL ENTERPRISE AMERICAS, LLC;
4  CITADEL SECURITIES LLC;
   MELVIN CAPITAL MANAGEMENT LP;
5  SEQUOIA CAPITAL OPERATIONS LLC;
   APEX CLEARING CORPORATION;
6  THE DEPOSITORY TRUST & CLEARING
   CORPORATION,
7
                Defendants.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00781-SK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ROBINHOOD SECURITIES, LLC**
was received by me on *(date)* **02/03/2021**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Jennifer Lee, Admin. Assistant, for Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Incorporating Services, Ltd., 7801 Folsom Blvd., #202, Sacramento, CA 95826 at 2:47pm** on *(date)* **02/03/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **02/04/2021**

*Server's signature*

**Jason Marshall, Reg. No. 98-61, Sacramento Co.**
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons; Class Action Complaint; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California; Joint Case Management Statement & [Proposed] Order; Consent or Declination to Magistrate Judge Jurisdiction (blank)