Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          cyoung@saverilawfirm.com
          areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs*
*Shane Cheng and Terell Sterling*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC ;<br>TRADING 212 LTD.; | |

TRADING 212 UK LTD.;
WEBULL FINANCIAL LLC;
FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.;
BARCLAYS BANK PLC;
CITADEL ENTERPRISE AMERICAS, LLC;
CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT LP;
SEQUOIA CAPITAL OPERATIONS LLC;
APEX CLEARING CORPORATION;
THE DEPOSITORY TRUST & CLEARING
CORPORATION,

                    Defendants.

PROOF OF SERVICE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00781-SK

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)   ROBINHOOD MARKETS, INC.

was received by me on (date)        02/03/2021        .

☐ I personally served the summons on the individual at (place)

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual)   Jennifer Lee, Admin. Assistant, for Registered Agent  , who is

designated by law to accept service of process on behalf of (name of organization)   Incorporating Services, Ltd.,

7801 Folsom Blvd.,#202,Sacramento, CA 95826 at 2:47pm  on (date) _____ 02/03/2021 _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      02/04/2021

_____
Server's signature

Jason Marshall, Reg. No. 98-61, Sacramento Co.
Printed name and title

c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103

Server's address

Additional information regarding attempted service, etc:

Documents served: Summons; Class Action Complaint; Notice of Electronic Filing; Order Setting Initial Case
Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All
Judges of the Northern District of California; Joint Case Management Statement & [Proposed] Order; Consent or
Declination to Magistrate Judge Jurisdiction (blank)