Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:   jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            cyoung@saverilawfirm.com
            areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLY FINANCIAL INC.; <br> ALPACA SECURITIES LLC; <br> CASH APP INVESTING LLC; <br> SQUARE INC.; <br> DOUGH LLC; <br> MORGAN STANLEY SMITH BARNEY LLC; <br> E*TRADE SECURITIES LLC; <br> E*TRADE FINANCIAL CORPORATION; <br> E*TRADE FINANCIAL HOLDINGS, LLC; <br> ETORO USA SECURITIES, INC.; <br> FREETRADE, LTD.; <br> INTERACTIVE BROKERS LLC; <br> M1 FINANCE, LLC; <br> OPEN TO THE PUBLIC INVESTING, INC.; <br> ROBINHOOD FINANCIAL, LLC; <br> ROBINHOOD MARKETS, INC.; <br> ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; <br> TASTYWORKS, INC.; <br> TD AMERITRADE, INC.; <br> THE CHARLES SCHWAB CORPORATION; <br> CHARLES SCHWAB & CO. INC.; <br> FF TRADE REPUBLIC GROWTH, LLC ; <br> TRADING 212 LTD.; | Case No. 3:21-CV-00781-SK <br><br> PROOF OF SERVICE |

|   |   |
|---|---|
| 1 | TRADING 212 UK LTD.; |
| 2 | WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; |
| 3 | STASH FINANCIAL, INC.; BARCLAYS BANK PLC; |
| 4 | CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; |
| 5 | MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; |
| 6 | APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 7 |   |
| 8 | Defendants. |

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00781-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **M1 FINANCE, LLC**
was received by me on *(date)* **02/05/2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Josh Patchik, (Male, Bald, 30-35), Employee**, who is designated by law to accept service of process on behalf of *(name of organization)* **M1 Finance, LLC**, at **200 N Lasalle Street, Suite 800, Chicago, 60601 at 2:21pm** on *(date)* **02/08/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **02/09/2021**

*Server's signature*

**Mark Skrzydlak, Process Server**
*Printed name and title*

United Processing, Inc., 770 North LaSalle Drive #615
Chicago, IL 60654 c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons; Class Action Complaint; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California; Joint Case Management Statement & [Proposed] Order; Consent or Declination to Magistrate Judge Jurisdiction (blank)