QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Justin Reinheimer (Bar No. 268868)
justinreinheimer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

William A. Burck (*pro hac vice* admission pending)
williamburck@quinnemanuel.com
1300 I Street NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Steig D. Olson (*pro hac vice* admission pending)
steigolson@quinnemanuel.com
Christopher D. Kercher (*pro hac vice* admission pending)
christopherkercher@quinnemanuel.com
51 Madison Avenue, 22nd Floor,
New York, New York, 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendants Citadel Enterprise Americas, LLC and Citadel Securities LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY | Case No. 3:21-cv-00781-SK<br><br>**NOTICE OF APPEARANCE FOR STEPHEN A. BROOME** |

| | |
|---|---|
| 1 | SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| | Defendants. |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that attorney Stephen A. Broome of Quinn
3  Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles,
4  California, 90017, a member of the State Bar of California and admitted to practice
5  before this Court, hereby enters an appearance as counsel in the above captioned
6  matter on behalf of Defendants Citadel Enterprise Americas, LLC and Citadel
7  Securities LLC.

9  DATED:  February 11, 2021       QUINN EMANUEL URQUHART &
10                                                            SULLIVAN, LLP

12                                            By  */s/ Stephen A. Broome*
13                                               Stephen A. Broome
14                                               Attorney for Citadel Enterprise Americas,
                                                LLC and Citadel Securities LLC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

DATED: February 11, 2021          By  */s/ Stephen A. Broome*
                                        Stephen A. Broome