1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Stephen A. Broome (Bar No. 314605)
2   stephenbroome@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
3   Los Angeles, California 90017
    Telephone:   (213) 443-3000
4   Facsimile:   (213) 443-3100

5   Justin Reinheimer (Bar No. 268868)
    justinreinheimer@quinnemanuel.com
6   50 California Street, 22nd Floor
    San Francisco, California 94111
7   Telephone:   (415) 875-6600
    Facsimile:   (415) 875-6700

8
    William A. Burck (*pro hac vice* admission pending)
9   williamburck@quinnemanuel.com
    1300 I Street NW Suite 900
10  Washington, D.C. 20005
    Telephone:   (202) 538-8000
11  Facsimile:   (202) 538-8100

12  Steig D. Olson (*pro hac vice* admission pending)
    steigolson@quinnemanuel.com
13  Christopher D. Kercher (*pro hac vice* admission pending)
    christopherkercher@quinnemanuel.com
14  51 Madison Avenue, 22nd Floor,
    New York, New York, 10010
15  Telephone:   (212) 849-7000
    Facsimile:   (212) 849-7100

16
    *Attorneys for Defendants Citadel Enterprise Americas,*
17  *LLC and Citadel Securities LLC*

18

19                  UNITED STATES DISTRICT COURT
20                 NORTHERN DISTRICT OF CALIFORNIA

21

22  SHANE CHENG and TERELL               Case No. 3:21-cv-00781-SK
    STERLING, individually and on behalf
23  of others similarly situated,        **NOTICE OF APPEARANCE FOR
                                         JUSTIN REINHEIMER**
24                 Plaintiffs,

25          vs.

26  ALLY FINANCIAL INC.;  ALPACA
    SECURITIES LLC;  CASH APP
27  INVESTING LLC; SQUARE INC.;
    DOUGH LLC; MORGAN STANLEY
28

SMITH BARNEY LLC; E*TRADE
SECURITIES LLC; E*TRADE
FINANCIAL CORPORATION;
E*TRADE FINANCIAL HOLDINGS,
LLC; ETORO USA SECURITIES,
INC.; FREETRADE, LTD.;
INTERACTIVE BROKERS LLC; M1
FINANCE, LLC; OPEN TO THE
PUBLIC INVESTING, INC.;
ROBINHOOD FINANCIAL, LLC;
ROBINHOOD MARKETS, INC.;
ROBINHOOD SECURITIES, LLC;
IG GROUP HOLDINGS PLC;
TASTYWORKS, INC.; TD
AMERITRADE, INC.; THE
CHARLES SCHWAB
CORPORATION; CHARLES
SCHWAB & CO. INC.; FF TRADE
REPUBLIC GROWTH, LLC ;
TRADING 212 LTD.; TRADING 212
UK LTD.; WEBULL FINANCIAL
LLC; FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.;
BARCLAYS BANK PLC; CITADEL
ENTERPRISE AMERICAS, LLC;
CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT
LP; SEQUOIA CAPITAL
OPERATIONS LLC; APEX
CLEARING CORPORATION; THE
DEPOSITORY TRUST &
CLEARING CORPORATION,

Defendants.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Justin Reinheimer of Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel in the above captioned matter on behalf of Defendants Citadel Enterprise Americas, LLC and Citadel Securities LLC.

DATED:  February 11, 2021          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By  _/s/ Justin Reinheimer_____
                                       Justin Reinheimer
                                       Attorney for Citadel Enterprise Americas,
                                       LLC and Citadel Securities LLC.

1

## **CERTIFICATE OF SERVICE**

2

3        I hereby certify that on February 11, 2021, the within document was filed

4   with the Clerk of the Court using CM/ECF, which will send notification of such

5   filing to the attorneys of record in this case.

6

7

8   DATED:  February 11, 2021        By  _/s/ Justin Reinheimer_____

9                                         Justin Reinheimer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28