| | |
|---|---|
| 1 | Kevin Grange (SBN 240065) |
|   | kgrange@lowenstein.com |
| 2 | **LOWENSTEIN SANDLER LLP** |
|   | 390 Lytton Avenue |
| 3 | Palo Alto, California 94301 |
|   | Telephone: (650) 433-5800 |
| 4 | Facsimile: (650) 328-2799 |
| 5 | Thomas E. Redburn, Jr. (*pro hac vice forthcoming*) |
|   | tredburn@lowenstein.com |
| 6 | Maya Ginsburg (*pro hac vice forthcoming*) |
|   | mginsburg@lowenstein.com |
| 7 | **LOWENSTEIN SANDLER LLP** |
|   | 1251 Avenue of the Americas |
| 8 | New York, New York 10020 |
|   | Telephone: (212) 262-6700 |
| 9 | Facsimile: (212) 262-7402 |
| 10 | Zarema Jaramillo (*pro hac vice forthcoming*) |
|    | zjaramillo@lowenstein.com |
| 11 | **LOWENSTEIN SANDLER LLP** |
|    | 2200 Pennsylvania Avenue, NW |
| 12 | Washington, DC 20037 |
|    | Telephone: (202) 753-3800 |
| 13 | Facsimile: (202) 753-3838 |
| 14 | *Counsel for Defendant* |
|    | *Melvin Capital Management LP* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00781-SK |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MELVIN CAPITAL MANAGEMENT LP** |
| v. | |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; | |

| | |
|---|---|
| 1 | FREETRADE, LTD.; |
| | INTERACTIVE BROKERS LLC; |
| 2 | M1 FINANCE, LLC; |
| | OPEN TO THE PUBLIC INVESTING, INC.; |
| 3 | ROBINHOOD FINANCIAL, LLC; |
| 4 | ROBINHOOD MARKETS, INC.; |
| | ROBINHOOD SECURITIES, LLC; |
| 5 | IG GROUP HOLDINGS PLC; |
| | TASTYWORKS, INC.; |
| 6 | TD AMERITRADE, INC.; |
| 7 | THE CHARLES SCHWAB |
| | CORPORATION; |
| 8 | CHARLES SCHWAB & CO. INC.; |
| | FF TRADE REPUBLIC GROWTH, LLC; |
| 9 | TRADING 212 LTD.; |
| | TRADING 212 UK LTD.; |
| 10 | WEBULL FINANCIAL LLC; |
| 11 | FUMI HOLDINGS, INC.; |
| | STASH FINANCIAL, INC.; |
| 12 | BARCLAYS BANK PLC; |
| | CITADEL ENTERPRISE AMERICAS, LLC; |
| 13 | CITADEL SECURITIES LLC; |
| | MELVIN CAPITAL MANAGEMENT LP; |
| 14 | SEQUOIA CAPITAL OPERATIONS LLC; |
| 15 | APEX CLEARING CORPORATION; |
| | THE DEPOSITORY TRUST & CLEARING |
| 16 | CORPORATION, |
| 17 |             Defendants. |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kevin Grange and the undersigned attorneys of Lowenstein Sandler LLP, hereby enter their appearance in the above-captioned case as counsel of record for Defendant Melvin Capital Management LP. Kevin Grange is admitted and authorized to practice in this court. Applications from the remaining attorneys to appear *pro hac vice* in this matter are forthcoming. Please serve counsel with all future notices and/or pleadings in this action.

Dated: February 11, 2021

Respectfully submitted,

/s/ *Kevin Grange*
Kevin Grange (SBN 240065)
kgrange@lowenstein.com
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 433-5800
Facsimile: (650) 328-2799

Thomas E. Redburn, Jr. (*pro hac vice forthcoming*)
tredburn@lowenstein.com
Maya Ginsburg (*pro hac vice forthcoming*)
mginsburg@lowenstein.com
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

Zarema Jaramillo (*pro hac vice forthcoming*)
zjaramillo@lowenstein.com
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838

*Counsel for Defendant*
*Melvin Capital Management LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2021, I filed the Notice of Appearance of Counsel for Defendant Melvin Capital Management LP with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

/s/ *Kevin Grange*