Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANE CHENG *et al.*,

                Plaintiff(s),

  v.

ALLY FINANCIAL INC. *et al.*,

                Defendant(s).

Case No: 3:21-cv-00781-S

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Zarema A. Jaramillo, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Melvin Capital Management LP in the above-entitled action. My local co-counsel in this case is Kevin Grange, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
2200 Pennsylvania Avenue
Washington, DC 20037

MY TELEPHONE # OF RECORD:
(202) 753-3800

MY EMAIL ADDRESS OF RECORD:
zjaramillo@lowenstein.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
390 Lytton Avenue
Palo Alto, California 94301

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 433-5800

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
kgrange@lowenstein.com

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 500507.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/11/20

/s/ Zarema A. Jaramillo
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Zarema A. Jaramillo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE