Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG *et al.*, | ) |
|                        Plaintiff(s), | ) Case No: 3:21-cv-00781-S |
| v. | ) **APPLICATION FOR** |
| ALLY FINANCIAL INC. *et al.*, | ) **ADMISSION OF ATTORNEY** |
|                        Defendant(s). | ) **PRO HAC VICE** |
| | ) (CIVIL LOCAL RULE 11-3) |

    I, Maya Ginsburg, an active member in good standing of the bar of NY State App. Div.1st Dept, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Melvin Capital Management LP in the above-entitled action. My local co-counsel in this case is Kevin Grange, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1251 Avenue of the Americas<br>New York, New York 10020 | 390 Lytton Avenue<br>Palo Alto, California 94301 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 262-6700 | (650) 433-5800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mginsburg@lowenstein.com | kgrange@lowenstein.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5128152.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/11/21                                                        /s/ Maya Ginsburg
                                                                               APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Maya Ginsburg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE