Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> ALLY FINANCIAL INC. *et al.*, <br><br> Defendant(s). | Case No: 3:21-cv-00781-S <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Thomas E. Redburn, Jr., an active member in good standing of the bar of Supreme Court of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Melvin Capital Management LP in the above-entitled action. My local co-counsel in this case is Kevin Grange, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1251 Avenue of the Americas <br> New York, New York 10020 | 390 Lytton Avenue <br> Palo Alto, California 94301 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 262-6700 | (650) 433-5800 |
| My email address of record: | Local co-counsel's email address of record: |
| tredburn@lowenstein.com | kgrange@lowenstein.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 033661995.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/11/21

/s/ Thomas E. Redburn, Jr.
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Thomas E. Redburn, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 12, 2021



UNITED STATES MAGISTRATE JUDGE