Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         cyoung@saverilawfirm.com
         areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC ;<br>TRADING 212 LTD.; | Case No. 3:21-CV-00781-SK<br><br>PROOF OF SERVICE |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                    Defendants. |

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00781

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Melvin Capital Management LP

was received by me on *(date)* 02/05/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynanne Gares, Litigation Management Services Leader who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808, at 3:30 PM on *(date)* 02/05/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/05/2021

*Server's signature*

Danielle Stevens, Process Server
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons; Class Action Complaint; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California; Joint Case Management Statement & [Proposed] Order; Consent or Declination to Magistrate Judge Jurisdiction (blank)