1  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
2  Christopher K.L. Young (State Bar No. 318371)
   Anupama K. Reddy (State Bar No. 324873)
3  **JOSEPH SAVERI LAW FIRM, INC.**
   601 California Street, Suite 1000
4  San Francisco, California 94108
   Telephone:  (415) 500-6800
5  Facsimile:  (415) 395-9940
   Email:  jsaveri@saverilawfirm.com
6          swilliams@saverilawfirm.com
           cyoung@saverilawfirm.com
7          areddy@saverilawfirm.com

8  *Counsel for Individual and Representative Plaintiffs*
   *Shane Cheng and Terell Sterling*

9

10

11

12

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

13                                              | Case No. 3:21-CV-00781-SK

14  SHANE CHENG and TERELL STERLING,
    individually and on behalf of others similarly    PROOF OF SERVICE
    situated,
15

                        Plaintiffs,
16          v.

17  ALLY FINANCIAL INC.;
    ALPACA SECURITIES LLC;
18  CASH APP INVESTING LLC;
    SQUARE INC.;
19  DOUGH LLC;
    MORGAN STANLEY SMITH BARNEY LLC;
20  E*TRADE SECURITIES LLC;
    E*TRADE FINANCIAL CORPORATION;
21  E*TRADE FINANCIAL HOLDINGS, LLC;
    ETORO USA SECURITIES, INC.;
22  FREETRADE, LTD.;
    INTERACTIVE BROKERS LLC;
23  M1 FINANCE, LLC;
    OPEN TO THE PUBLIC INVESTING, INC.;
24  ROBINHOOD FINANCIAL, LLC;
    ROBINHOOD MARKETS, INC.;
25  ROBINHOOD SECURITIES, LLC; IG
    GROUP HOLDINGS PLC;
26  TASTYWORKS, INC.;
    TD AMERITRADE, INC.;
27  THE CHARLES SCHWAB CORPORATION;
    CHARLES SCHWAB & CO. INC.;
28  FF TRADE REPUBLIC GROWTH, LLC ;
    TRADING 212 LTD.;

    Case No. 3:21-cv-00781-SK

1
2
3
4
5
6
7
8

TRADING 212 UK LTD.;
WEBULL FINANCIAL LLC;
FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.;
BARCLAYS BANK PLC;
CITADEL ENTERPRISE AMERICAS, LLC;
CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT LP;
SEQUOIA CAPITAL OPERATIONS LLC;
APEX CLEARING CORPORATION;
THE DEPOSITORY TRUST & CLEARING
CORPORATION,

Defendants.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00781-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ROBINHOOD FINANCIAL, LLC

was received by me on *(date)*        02/03/2021        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jennifer Lee, Admin. Assistant, for Registered Agent   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Incorporating Services, Ltd.,

7801 Folsom Blvd.,#202,Sacramento, CA 95826 at 2:47pm   on *(date)*        02/03/2021       ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:     02/04/2021

_____
*Server's signature*

Jason Marshall, Reg. No. 98-61, Sacramento Co.
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103

_____
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons; Class Action Complaint; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern District of California; Joint Case Management Statement & [Proposed] Order; Consent or Declination to Magistrate Judge Jurisdiction (blank)