Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          cyoung@saverilawfirm.com
          areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC ;<br>TRADING 212 LTD.; | Case No. 3:21-CV-00781-SK<br><br>PROOF OF SERVICE |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                    Defendants. |

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT STATE OF CALIFORNIA NORTHERN DISTRICT DOC/INDEX# 3:21-CV-00781-SK Purchased

ALLY FINANCIAL, INC, et al.,

SHANE CHENG AND TERRELL STERLING, INDIVI[DUALLY] AND ON BEHALF OF OTHERS SIMILARLY SITUA[TED]

**ATTORNEY** JOSEPH R. SAVERI LAW FIRM, INC

**DEFENDANT / RESPONDENT**

I, **ANGELA ROY**, being first duly sworn, deposes and says: that I reside in the State of: New York and that I am over the age of 18 years and not a party to this action and that within the boundaries of the state where services were effected, I was authorized by law to perform said service. "DEPONENT HAS NO DIRECT OR PERSONAL INTEREST IN THE MATTER"

**PAPER TYPE** SUMMONS IN A CIVIL ACTION, ATTACHMENT A, CLASS ACTION COMPLAINT- DEMAND FOR A JURY TRIAL, NOTICE OF ELECTRONIC FILING, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION,

Service: I served **E*TRADE SECURITIES, LLC C/O CORPORATION SERVICE COMPANY**
Name Of Person/Entity Being Served

**Person Served** "JANE DOE" NAME REFUSED     **AUTHORIZED AGENT OF CSC**
**On** February 8, 2021    at 9:25:00 AM
○ Residence  ● Business   80 STATE STREET, ALBANY, NY, 12207-2543
            Address       City / State / Zip

Thereafter copies of the documents were mailed by prepaid First Class Mail ON:

**Manner of Service:** By personally delivering copi[es]
Personal: .................
Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
● Service at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person who stated he/she was authorized to accept service of the process.
Posting: ......................... By posting in a conspicuous manner to the front door of the person/entity being served.

**"X" if Applies FOR MILITARY & NON-SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or of the State New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State of of the United States as that term is defined in either the State or Federal Statutes. A check of the Department of Defense Manpower Data Center revealed negative results.

Non-Service: after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

**"X" if Applies**  Unknown At Address         Moved, Left No Forwarding    Service Cancelled By Litigant
                  Unable To Serve In A Timely Fashion   Address Does Not Exist       Other

Service Attempts: Service was attempted on (1) (2) (3) (4)    (5)    (6)

DESCRIPTION: Sex **F** Race **White** Age **60** Height **5'3** Weight **120** Hair **Grey**
**"X" if Applies**   Mustache   Beard  ✗ Glasses   Tattoo(s)   OTHER

Subscribed and Sworn to before me this 8 day of February, 2021

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

ANGELA ROY