| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
|   | Steven N. Williams (State Bar No. 175489) |
| 2 | Christopher K.L. Young (State Bar No. 318371) |
|   | Anupama K. Reddy (State Bar No. 324873) |
| 3 | **JOSEPH SAVERI LAW FIRM, INC.** |
|   | 601 California Street, Suite 1000 |
| 4 | San Francisco, California 94108 |
|   | Telephone: (415) 500-6800 |
| 5 | Facsimile:  (415) 395-9940 |
|   | Email:   jsaveri@saverilawfirm.com |
| 6 |            swilliams@saverilawfirm.com |
|   |            cyoung@saverilawfirm.com |
| 7 |            areddy@saverilawfirm.com |
| 8 | *Counsel for Individual and Representative Plaintiffs* |
|   | *Shane Cheng and Terell Sterling* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
| | PROOF OF SERVICE |
| Plaintiffs, | |
| v. | |
| ALLY FINANCIAL INC.; | |
| ALPACA SECURITIES LLC; | |
| CASH APP INVESTING LLC; | |
| SQUARE INC.; | |
| DOUGH LLC; | |
| MORGAN STANLEY SMITH BARNEY LLC; | |
| E*TRADE SECURITIES LLC; | |
| E*TRADE FINANCIAL CORPORATION; | |
| E*TRADE FINANCIAL HOLDINGS, LLC; | |
| ETORO USA SECURITIES, INC.; | |
| FREETRADE, LTD.; | |
| INTERACTIVE BROKERS LLC; | |
| M1 FINANCE, LLC; | |
| OPEN TO THE PUBLIC INVESTING, INC.; | |
| ROBINHOOD FINANCIAL, LLC; | |
| ROBINHOOD MARKETS, INC.; | |
| ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; | |
| TASTYWORKS, INC.; | |
| TD AMERITRADE, INC.; | |
| THE CHARLES SCHWAB CORPORATION; | |
| CHARLES SCHWAB & CO. INC.; | |
| FF TRADE REPUBLIC GROWTH, LLC ; | |
| TRADING 212 LTD.; | |

| | |
|---|---|
| TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>     Defendants. | |

Case No. 3:21-cv-00781-SK

PROOF OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:21-CV-00781-SR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLY FINANCIAL INC.
was received by me on *(date)* 02/05/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathy Hunter, Agent @The Corporation Co, R/A , who is designated by law to accept service of process on behalf of *(name of organization)* ALLY FINANCIAL INC., at (R/A's address) 40600 Ann Arbor Rd, E, Ste 201, Plymouth, MI on *(date)* 2-8-21 @ 2:41pm ; or

☐ I returned the summons unexecuted because 48170 ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: FEB 0 9 2021

Subscribed and Sworn to before me on FEB 0 9 2021

*[signature]*

**MICHELLE A HALL**
Notary Public, State of Michigan
Wayne County
My Commission Expires 12/09/2026
Acting in the County of _____

*[signature] Sharbowski*
Server's signature

**Gina Sharbowski**
Process Server
*Printed name and title*

1221 Bowers Street, #103, Birmingham, MI 48012
c/o Western Attorney Services
75 Columbia Sq., San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

Complete list of documents served: Summons in a civil action; Attachment A; Class Action Complaint; Notice of Electronic Filing; Order Setting Inititial Case Managment Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All Judges of the Northern Distrcit of California; Joint Case Management Statement & [proposed] Order; Consent or Declination to Magistrate Judge Jurisdiction;