KENNETH R. O'ROURKE, State Bar No. 120144
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: korourke@wsgr.com

*Counsel for Defendant Open to the Public Investing, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>           Defendants. | Lead Case No.: 3:21-cv-00781-SK<br><br>**NOTICE OF APPEARANCE OF KENNETH R. O'ROURKE FOR DEFENDANT OPEN TO THE PUBLIC INVESTING, INC.** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, the following attorney hereby enters an appearance as counsel for Defendant Open to the Public Investing, Inc.:

KENNETH R. O'ROURKE, State Bar No. 120144
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: korourke@wsgr.com

Dated: February 22, 2021              Respectfully submitted,

                                       WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       *s/ Kenneth R. O'Rourke*
                                       Kenneth R. O'Rourke
                                       korourke@wsgr.com

                                       *Counsel for Defendant Open*
                                       *to the Public Investing, Inc.*