JUSTINA K. SESSIONS, State Bar No. 270914
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

*Counsel for Defendant Open to the Public Investing, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG et al., | Lead Case No.: 3:21-cv-00781-SK |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF JUSTINA K. SESSIONS FOR DEFENDANT OPEN TO THE PUBLIC INVESTING, INC.** |
| ALLY FINANCIAL INC. et al., | |
| Defendants. | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, the following attorney hereby enters an appearance as counsel for Defendant Open to the Public Investing, Inc.:

> JUSTINA K. SESSIONS, State Bar No. 270914
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> One Market Plaza
> Spear Tower, Suite 3300
> San Francisco, California 94105
> Telephone: (415) 947-2197
> Facsimile: (415) 947-2099
> Email: jsessions@wsgr.com

Dated: February 22, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

<u>s/ Justina K. Sessions</u>
Justina K. Sessions
jsessions@wsgr.com

*Counsel for Defendant Open to the Public Investing, Inc.*