1  Justina K. Sessions (State Bar No. 270914)
   **WILSON SONSINI GOODRICH & ROSATI, P.C.**
2  One Market Plaza
   Spear Tower, Suite 3300
3  San Francisco, CA 94105
4  Telephone: (415) 947-2197
   Facsimile: (415) 947-2099
5  jsessions@wsgr.com

6  *Counsel for Defendant Open to the Public Investing, Inc.*

7

8  **United States District Court**

9  **Northern District of California**

10

11

12  SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,

13                          Plaintiffs,

14          v.

15  ALLY FINANCIAL INC.;
    ALPACA SECURITIES LLC;
16  CASH APP INVESTING LLC;
17  SQUARE INC.;
    DOUGH LLC;
18  MORGAN STANLEY SMITH BARNEY LLC;
    E*TRADE SECURITIES LLC;
19  E*TRADE FINANCIAL CORPORATION;
20  E*TRADE FINANCIAL HOLDINGS, LLC;
    ETORO USA SECURITIES, INC.;
21  FREETRADE, LTD.;
    INTERACTIVE BROKERS LLC;
22  M1 FINANCE, LLC;
23  OPEN TO THE PUBLIC INVESTING, INC.;
    ROBINHOOD FINANCIAL, LLC;
24  ROBINHOOD MARKETS, INC.;
    ROBINHOOD SECURITIES, LLC;
25  IG GROUP HOLDINGS PLC;
    TASTYWORKS, INC.;
26  TD AMERITRADE, INC.;
27  THE CHARLES SCHWAB CORPORATION;
    CHARLES SCHWAB & CO. INC.;

Case No: 3:21-CV-00781

**RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR OPEN TO THE PUBLIC INVESTING, INC.**

28

1

RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR OPEN TO THE PUBLIC INVESTING, INC.
Case No. 3:21-cv-00781-SK

FF TRADE REPUBLIC GROWTH, LLC;
TRADING 212 LTD.;
TRADING 212 UK LTD.;
WEBULL FINANCIAL LLC;
FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.;
BARCLAYS BANK PLC;
CITADEL ENTERPRISE AMERICAS, LLC;
CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT LP;
SEQUOIA CAPITAL OPERATIONS LLC;
APEX CLEARING CORPORATION;
THE DEPOSITORY TRUST & CLEARING
CORPORATION,

                        Defendants.

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Open to the Public Investing, Inc. hereby states that Open to the Public Investing, Inc. is a wholly owned subsidiary of Public Holdings, Inc. and no publicly held entity owns 10% or more of the stock of Open to the Public Investing, Inc.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Public Holdings, Inc., which owns 100% of Open to the Public Investing, Inc.

2

RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR OPEN TO THE PUBLIC INVESTING, INC.
Case No. 3:21-cv-00781-SK

| | | |
|---|---|---|
| 1 | Dated: February 22, 2021 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 2 | | |
| 3 | | By: *s/ Justina K. Sessions* |
| 4 | | Justina K. Sessions (State Bar No. 270914) |
| 5 | | One Market Plaza<br>Spear Tower, Suite 3300 |
| 6 | | San Francisco, CA 94105<br>Telephone: (415) 947-2197 |
| 7 | | Facsimile: (202) 973-8899<br>jsessions@wsgr.com |
| 8 | | |
| 9 | | *Attorneys for Defendant Open to the Public Investing, Inc.* |

3

RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR OPEN TO THE PUBLIC INVESTING, INC.
Case No. 3:21-cv-00781-SK