Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com
areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.; | Case No. 3:21-CV-00781-MMC<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 |

| | |
|---|---|
| 1 | TRADING 212 UK LTD.; |
| | WEBULL FINANCIAL LLC; |
| 2 | FUMI HOLDINGS, INC.; |
| | STASH FINANCIAL, INC.; |
| 3 | BARCLAYS BANK PLC; |
| | CITADEL ENTERPRISE AMERICAS, LLC; |
| 4 | CITADEL SECURITIES LLC; |
| | MELVIN CAPITAL MANAGEMENT LP; |
| 5 | SEQUOIA CAPITAL OPERATIONS LLC; |
| | APEX CLEARING CORPORATION; |
| 6 | THE DEPOSITORY TRUST & CLEARING |
| | CORPORATION, |
| 7 | |
| | Defendants. |
| 8 | |

1     WHEREAS, on February 1, 2021, Plaintiffs Shang Cheng and Terell Sterling (together, "Plaintiffs") filed a complaint against the undersigned Defendants (the "Complaint"; Plaintiffs and Defendants, together, the "Parties");

    WHEREAS, on February 5, 2021, Plaintiffs petitioned the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the instant action and 40 other cases involving similar legal claims in order to consolidate pretrial proceedings, *In re January 2021 Short Squeeze Trading Litig.*, MDL No. 2989 (J.P.M.L. Feb. 5, 2021) ECF No. 1 ("Motion for Transfer");

    WHEREAS, the Motion for Transfer is pending before the JPML and is noticed to be heard on March 25, 2021;

    WHEREAS, the Parties want the action to proceed in an orderly and efficient fashion;

    WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

    WHEREAS, the Parties agree to extend the deadline to move or otherwise respond to the Complaint filed and served in the instant action, to allow time for the JPML to make its determination;

    WHEREAS, an extension of the deadline to move or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by Court order;

    WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction;

    WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, and pursuant to Civil Local Rule 6-1, that Defendants' deadline to move or otherwise respond to the Complaint filed in the instant action shall be extended until April 30, 2021, or, if the transfer motion is granted, until the date the transferee judge orders the Defendants to move or otherwise respond to the Complaint, whichever is later;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, that if Defendants are required or agree to respond to any complaint in any other action subject to the JPML motion earlier than the date ordered, the response will be due on or before that date;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and the Defendants, as represented by their undersigned counsel, that the Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and the Defendants, as represented by their undersigned counsel, that nothing herein shall prevent the Defendants from moving for additional time to move or otherwise respond to the operative Complaint;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, that Defendants preserve all rights to move or otherwise respond to the Complaint.

Dated: February 22, 2021  By:     /s/ *Joseph R. Saveri*
                                                             Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
       swilliams@saverilawfirm.com
       cyoung@saverilawfirm.com
       areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs Shane Cheng and Terell Sterling*

| | | |
|---|---|---|
| 1 | Dated: February 22, 2021 | By: /s/ *C. Brandon Wisoff* |
| 2 | | C. Brandon Wisoff (State Bar No. 121930) |
| 3 | | Eric D. Monek Anderson (State Bar No. 320934) |
| | | **Farella Braun + Martel LLP** |
| 4 | | 235 Montgomery Street, 17th Floor |
| | | San Francisco, California 94104 |
| 5 | | Telephone:  (415) 954-4400 |
| | | Facsimile:  (415) 954-4480 |
| 6 | | Email:  emonekanderson@fbm.com |
| 7 | | Email:  bwisoff@fbm.com |
| 8 | | Antony L. Ryan (*pro hac vice* application forthcoming) |
| | | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| 9 | | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| 10 | | **Cravath, Swaine & Moore LLP** |
| 11 | | New York, NY 10019 |
| | | Telephone:  (212) 474-1000 |
| 12 | | Facsimile:  (212) 474-3700 |
| | | Email:  aryan@cravath.com |
| 13 | | Email:  korsini@cravath.com |
| 14 | | Email:  bsukiennik@cravath.com |
| 15 | | *Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.* |
| 16 | | |
| 17 | | |
| 18 | Dated: February 22, 2021 | By: /s/ *Brian M. Lutz* |
| 19 | | |
| 20 | | Brian M. Lutz (State Bar No. 255976) |
| | | **Gibson, Dunn & Crutcher LLP** |
| 21 | | 555 Mission Street. Suite 3000 |
| | | San Francisco, CA 94105-0921 |
| 22 | | Telephone:  (415) 393-8379 |
| | | Facsimile:  (415) 374.8474 |
| 23 | | Email:  BLutz@gibsondunn.com |
| 24 | | *Counsel for TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. 3:21-cv-00781-MMC     3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 22, 2021 | By: /s/ *Adam S. Paris* |
| 3 | | Adam S. Paris (SBN 190693) |
| | | **SULLIVAN & CROMWELL LLP** |
| 4 | | 1888 Century Park East |
| | | Los Angeles, California 90067 |
| 5 | | Telephone: (310) 712-6600 |
| | | Facsimile: (310) 712-8800 |
| 6 | | Email: parisa@sullcrom.com |
| 7 | | |
| | | Marc De Leeuw (*pro hac vice* application forthcoming) |
| 8 | | **SULLIVAN & CROMWELL LLP** |
| | | 125 Broad Street |
| 9 | | New York, New York 10004 |
| | | Telephone: (212) 558-4000 |
| 10 | | Facsimile: (212) 291-9035 |
| 11 | | deleeuwm@sullcrom.com |
| 12 | | *Counsel for Allied Financial, Inc.* |
| 13 | | |
| 14 | | |
| 15 | Dated: February 22, 2021 | By: /s/ *Joseph E. Floren* |
| 16 | | Joseph E. Floren (Cal. Bar No. 168292) |
| | | **Morgan, Lewis & Bockius LLP** |
| 17 | | One Market, Spear Street Tower |
| | | San Francisco, CA 94105 |
| 18 | | Tel.: (415) 442-1000 / Fax: (415) 442-1001 |
| 19 | | Email: joseph.floren@morganlewis.com |
| 20 | | Robin Nunn (*pro hac vice* application forthcoming) |
| | | **Morgan, Lewis & Bockius LLP** |
| 21 | | 1111 Pennsylvania Ave. NW |
| | | Washington, DC 20004 |
| 22 | | Tel.: (212) 309-6000 / Fax: (212) 309-3001 |
| 23 | | Email: robin.nunn@morganlewis.com |
| 24 | | *Counsel for Stash Financial, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Dated: February 22, 2021          By:     /s/ *Linda J. Brewer*

Harry A. Olivar, Jr. (State Bar No. 143089)
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
Email:  harryolivar@quinnemanuel.com

Linda J. Brewer (State Bar No. 217730)
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875 6600
Facsimile:   (415) 875 6700
Email:  lindabrewer@quinnemanuel.com

*Counsel for Sequoia Capital Operations LLC*

Dated: February 22, 2021          By:   /s/ *Jack E. Pace*

Heather M. Burke (SBN 284100)
**White & Case LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: hburke@whitecase.com

J. Mark Gidley (*pro hac vice*)
**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: mgidley@whitecase.com

Jack E. Pace III (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
**White & Case LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: jpace@whitecase.com
Email: bgant@whitecase.com

*Counsel for Apex Clearing Corp.*

Dated: February 22, 2021 By: /s/ *Nisha Patel*

Nisha Patel (Cal. 260709)
**Dechert LLP**
Palo Alto, CA 94306
Telephone: (650) 853 4800
Facsimile: (650) 853 4848
Email: nisha.patel@dechert.com

Andrew J. Levander
Samuel W. Stelk
**Dechert LLP**
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: andrew.levander@dechert.com
Email: samuel.stelk@dechert.com

Steven Bizar
**Dechert LLP**
Philadelphia, PA 19104
Telephone: (215) 994 4000
Facsimile: (215) 994 2222
Email: steven.bizar@dechert.com

Shari Ross Lahlou
**Dechert LLP**
Washington, D.C. 20006
Telephone: (202) 261 3300
Facsimile: (202) 261 3333
Email: shari.lahlou@dechert.com

*Counsel for Interactive Brokers LLC*

| | |
|---|---|
| Dated: February 22, 2021 | By: /s/ *Thomas E. Redburn* |

Kevin Grange (SBN 240065)
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 433-5800
Facsimile: (650) 328-2799
Email: kgrange@lowenstein.com

Thomas E. Redburn, Jr. (*pro hac vice*)
Maya Ginsburg (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (973) 597-2457
Email: tredburn@lowenstein.com
Email: mginsburg@lowenstein.com

Zarema Arutyunova Jaramillo (*pro hac vice*)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838
Email: zjaramillo@lowenstein.com

*Counsel for Melvin Capital Management LP*

| | | |
|---|---|---|
| Dated: February 22, 2021 | By: | /s/ *Leiv H. Blad* |

Leiv H. Blad, Jr. (Cal Bar. No. 151353)
Allison M. Vissichelli (*pro hac vice application forthcoming)*
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838
Email: lblad@lowenstein.com
Email: avissichelli@lowenstein.com

H. Gregory Baker (*pro hac vice application forthcoming*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (973) 597-2457
Email: hbaker@lowenstein.com

*Counsel for Alpaca Securities LLC and eToro USA Securities Inc.*

| | | |
|---|---|---|
| Dated: February 22, 2021 | By: | /s/ *Belinda S. Lee* |

Alfred C. Pfeiffer (SBN 120965)
Belinda S. Lee (SBN 199635)
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: al.pfeiffer@lw.com
Email: belinda.lee@lw.com

*Counsel for Square Inc. and Cash App Investing LLC*

| | | |
|---|---|---|
| Dated: February 22, 2021 | By: | /s/ *Kevin Rising* |

Kevin Rising (Cal. Bar No. 211663)
**Barnes & Thornburg LLP**
2029 Century Park E, Suite 300
Los Angeles, CA 90067-2904
Tel.: (310) 284-3888
Fax: (310) 284-3894
krising@btlaw.com

Thomas Haskins (*pro hac vice* application forthcoming*)*
Allison Gerard (*pro hac vice* application forthcoming*)*
**Barnes & Thornburg LLP**
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel.: (214) 258-4200
Fax: (214) 258-4199
thaskins@btlaw.com
allison.gerard@btlaw.com

Paul Olszowka (*pro hac vice* application forthcoming)
**Barnes & Thornburg LLP**
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Tel.: (312) 214-5612
Fax: (312) 759-5646
paul.olszowka@btlaw.com

*Counsel for Defendant tastyworks, Inc.*

| | | |
|---|---|---|
| Dated: February 22, 2021 | By: | /s/ *Patrick E. Gibbs* |

Patrick E. Gibbs (SBN: 183174)
Brett H. De Jarnette (SBN: 292919)
**Cooley LLP**
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849 7400
Email: pgibbs@cooley.com
Email: bdejarnette@cooley.com

*Counsel for M1 Finance, LLC*

Case No. 3:21-cv-00781-MMC

10

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: February 22, 2021              By:    /s/ Neal Potischman

Neal Potischman (State Bar No. 254862)
**Davis Polk & Wardwell LLP**
1600 El Camino Real
Menlo Park, CA
(650) 752-2021
neal.potischman@davispolk.com

Brian S. Weinstein
Gina Cora
Janet Jones-Duffey
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Counsel for Morgan Stanley Smith Barney LLC; E\*TRADE Financial Corporation; E\*TRADE Financial Holdings, LLC*

| | | |
|---|---|---|
| 1 | Dated: February 22, 2021 | By: /s/ *Richard D. Owens* |
| 2 | | |
| 3 | | Richard D. Owens (*pro hac vice forthcoming*) |
| | | Lawrence E. Buterman (*pro hac vice forthcoming*) |
| 4 | | Lilia B. Vazova (*pro hac vice forthcoming*) |
| | | LATHAM & WATKINS LLP |
| 5 | | 885 Third Avenue |
| | | New York, New York 10022 |
| 6 | | Telephone: (212) 906-1200 |
| 7 | | richard.owens@lw.com |
| | | lawrence.buterman@lw.com |
| 8 | | lilia.vazova@lw.com |

Colleen Heyler (SBN 313036)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8064
colleen.heyler@lw.com

*Attorneys for Defendant Barclays Bank Plc*

| | | |
|---|---|---|
| Dated: February 22, 2021 | By: | /s/ *Stephen A. Broome* |

                                      Adam L. Hoeflich
Dawson Robinson
Bartlit Beck LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
Telephone: (312) 494-4400
Fax: (312) 494-4440
Email: adam.hoeflich@bartlitbeck.com
Email: dawson.robinson@bartlitbeck.com

Stephen A. Broome (CA Bar No. 314605)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stephenbroome@quinnemanuel.com

Justin Reinheimer (CA Bar No. 268868)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: justinreinheimer@quinnemanuel.com

William A. Burck (*pro hac vice*)
1300 I Street NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: williamburck@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Christopher D. Kercher (*pro hac vice*)
51 Madison Avenue, 22nd Floor,
New York, New York, 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: steigolson@quinnemanuel.com
Email: christopherkercher@quinnemanuel.com

*Counsel for Defendants Citadel Enterprise Americas, LLC and Citadel Securities LLC*

Dated: February 22, 2021     By: ___/s/ *Brian Hauck*___

Gregory M. Boyle (*pro hac vice forthcoming*)
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:  (312) 923-2651
Email:  gboyle@jenner.com

Brian Hauck (State Bar No. 303058)
JENNER & BLOCK, LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone:  (213) 239-5100
Email:  bhauck@jenner.com

*Counsel for The Depository Trust & Clearing Corporation*

## **E-Filing Attestation**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:     ___*/s/ Joseph R. Saveri*___
Joseph R. Saveri

Case No. 3:21-cv-00781-MMC                    14
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT