Richard D. Owens (*pro hac vice forthcoming*)
Lawrence E. Buterman (*pro hac vice forthcoming*)
Lilia B. Vazova (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
lawrence.buterman@lw.com
lilia.vazova@lw.com

Colleen E. Heyler (SBN 313036)
LATHAM & WATKINS LLP
505 Montgomery Street Ste. 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
colleen.heyler@lw.com

*Attorneys for Defendant*
*Barclays Bank PLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC;<br>IG GROUP HOLDINGS PLC; | CASE NO. 3:21-cv-00781-MMC<br><br>**NOTICE OF APPEARANCE OF COLLEEN E. HEYLER FOR DEFENDANT BARCLAYS BANK PLC** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
COLLEEN E. HEYLER
CASE NO. 3:21-cv-00781-MMC

| | |
|---|---|
| 1 | TASTYWORKS, INC.; |
| | TD AMERITRADE, INC.; |
| 2 | THE CHARLES SCHWAB |
| | CORPORATION; |
| 3 | CHARLES SCHWAB & CO. INC.; |
| | FF TRADE REPUBLIC GROWTH, LLC; |
| 4 | TRADING 212 LTD.; |
| | TRADING 212 UK LTD.; |
| 5 | WEBULL FINANCIAL LLC; |
| | FUMI HOLDINGS, INC.; |
| 6 | STASH FINANCIAL, INC.; |
| | BARCLAYS BANK PLC; |
| 7 | CITADEL ENTERPRISE AMERICAS, LLC; |
| | CITADEL SECURITIES LLC; |
| 8 | MELVIN CAPITAL MANAGEMENT LP; |
| | SEQUOIA CAPITAL OPERATIONS LLC; |
| 9 | APEX CLEARING CORPORATION; |
| | THE DEPOSITORY TRUST & CLEARING |
| 10 | CORPORATION, |
| 11 | Defendants. |

1

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
COLLEEN E. HEYLER
CASE NO. 3:21-cv-00781-MMC

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant Barclays Bank PLC, and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

Colleen E. Heyler (SBN 313036)
LATHAM & WATKINS LLP
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
colleen.heyler@lw.com

Dated: February 22, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Colleen E. Heyler*
    Colleen E. Heyler

Richard D. Owens (*pro hac vice forthcoming*)
Lawrence E. Buterman (*pro hac vice forthcoming*)
Lilia B. Vazova (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
lawrence.buterman@lw.com
lilia.vazova@lw.com

Colleen E. Heyler (SBN 313036)
LATHAM & WATKINS LLP
505 Montgomery Street Ste. 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
colleen.heyler@lw.com

*Attorneys for Defendant*
*Barclays Bank PLC*

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
COLLEEN E. HEYLER
CASE NO. 3:21-cv-00781-MMC