Richard D. Owens (*pro hac vice forthcoming*)
Lawrence E. Buterman (*pro hac vice forthcoming*)
Lilia B. Vazova (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
lawrence.buterman@lw.com
lilia.vazova@lw.com

Colleen E. Heyler (SBN 313036)
LATHAM & WATKINS LLP
505 Montgomery Street Ste. 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
colleen.heyler@lw.com

*Attorneys for Defendant*
*Barclays Bank PLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; | CASE NO.  3:21-cv-00781-MMC<br><br>**BARCLAYS BANK PLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BARCLAYS BANK PLC'S 7.1 CORPORATE
DISCLOSURE AND 3-15 CERTIFICATION
CASE NO. 3:21-cv-00781-MMC

1  IG GROUP HOLDINGS PLC;
   TASTYWORKS, INC.;
2  TD AMERITRADE, INC.;
   THE CHARLES SCHWAB
3  CORPORATION;
   CHARLES SCHWAB & CO. INC.;
4  FF TRADE REPUBLIC GROWTH, LLC;
   TRADING 212 LTD.;
5  TRADING 212 UK LTD.;
   WEBULL FINANCIAL LLC;
6  FUMI HOLDINGS, INC.;
   STASH FINANCIAL, INC.;
7  BARCLAYS BANK PLC;
   CITADEL ENTERPRISE AMERICAS, LLC;
8  CITADEL SECURITIES LLC;
   MELVIN CAPITAL MANAGEMENT LP;
9  SEQUOIA CAPITAL OPERATIONS LLC;
   APEX CLEARING CORPORATION;
10 THE DEPOSITORY TRUST & CLEARING
   CORPORATION,
11
              Defendants.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BARCLAYS BANK PLC'S 7.1 CORPORATE
DISCLOSURE AND 3-15 CERTIFICATION
CASE NO. 3:21-cv-00781-MMC

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barclays Bank PLC, by and

2   through the undersigned attorneys, hereby certifies[1] that Barclays Bank PLC is a wholly-owned

3   subsidiary of Barclays PLC, which is a publicly held corporation, and no publicly traded

4   company owns 10% or more of Barclays PLC's stock.

5    Pursuant to Civil L. R. 3-15, the undersigned certifies that the following listed persons,

6   associations of persons, firms, partnerships, corporations (including parent corporations) or other

7   entities (i) have a financial interest in the subject matter in controversy or in a party to the

8   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

9   substantially affected by the outcome of this proceeding: Barclays PLC.

10

11   Dated:  February 22, 2021                    Respectfully submitted,

12

13                                               LATHAM & WATKINS LLP

14                                               By */s/ Colleen E. Heyler*
                                                    Colleen E. Heyler

15                                               Richard D. Owens (*pro hac vice forthcoming*)
16                                               Lawrence E. Buterman (*pro hac vice forthcoming*)
                                                 Lilia B. Vazova (*pro hac vice forthcoming*)
17                                               LATHAM & WATKINS LLP
                                                 885 Third Avenue
18                                               New York, New York 10022
                                                 Telephone: (212) 906-1200
19                                               richard.owens@lw.com
                                                 lawrence.buterman@lw.com
20                                               lilia.vazova@lw.com

21                                               Colleen E. Heyler (SBN 313036)
                                                 LATHAM & WATKINS LLP
22                                               505 Montgomery Street Ste. 2000
                                                 San Francisco, CA 94111
23                                               Telephone:  +1.415.391.0600
                                                 Facsimile:  +1.415.395.8095
24                                               colleen.heyler@lw.com

25                                               *Attorneys for Defendant*
                                                 *Barclays Bank PLC*
26

27   [1] By this disclosure, Barclays Bank PLC does not waive, and expressly preserves, any rights or
     defenses that may be available under common law, statute, or the Federal Rules of Civil
28   Procedure, including but not limited to jurisdictional defenses under Rules 12(b)(1) and 12(b)(2).

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BARCLAYS BANK PLC'S 7.1 CORPORATE
DISCLOSURE AND 3-15 CERTIFICATION
CASE NO. 3:21-cv-00781-MMC