| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Alfred C. Pfeiffer, Jr. (Bar No. 120965)<br>*al.pfeiffer@lw.com* |
| 3 | Belinda S Lee (Bar No. 199635)<br>*belinda.lee@lw.com* |
| 4 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538 |
| 5 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 6 | *Attorneys for Defendants Square, Inc. and* |
| 7 | *Cash App Investing LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00781-MMC |
| Plaintiffs, | **NOTICE OF APPEARANCE OF BELINDA S LEE** |
| v. | |
| ALLY FINANCIAL INC. et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Belinda S Lee of Latham & Watkins LLP hereby enters her appearance in the above captioned matter as counsel for Defendants Square, Inc. and Cash App Investing LLC. She respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

> Belinda S Lee (Bar No. 199635)
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-6538
> Telephone: (415) 391-0600
> Facsimile: (415) 395-8095
> belinda.lee@lw.com

Dated: February 23, 2021

LATHAM & WATKINS LLP

By */s/ Belinda S Lee*
    BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
*belinda.lee@lw.com*

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*