| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Alfred C. Pfeiffer, Jr. (Bar No. 120965)<br>*al.pfeiffer@lw.com* |
| 3 | Belinda S Lee (Bar No. 199635)<br>*belinda.lee@lw.com* |
| 4 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538 |
| 5 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 6 | *Attorneys for Defendants Square, Inc. and* |
| 7 | *Cash App Investing LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00781-MMC |
| Plaintiffs, | **NOTICE OF APPEARANCE OF ALFRED C. PFEIFFER, JR.** |
| v. | |
| ALLY FINANCIAL INC. et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Alfred C. Pfeiffer, Jr. of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for Defendants Square, Inc. and Cash App Investing LLC.  He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Alfred C. Pfeiffer, Jr. (Bar No. 120965)
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-6538
> Telephone:  (415) 391-0600
> Facsimile:   (415) 395-8095
> al.pfeiffer@lw.com

Dated: February 23, 2021

LATHAM & WATKINS LLP

By /s/ *Alfred C. Pfeiffer, Jr.*
ALFRED C. PFEIFFER, JR.

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
al.pfeiffer@lw.com

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*