| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Alfred C. Pfeiffer, Jr. (Bar No. 120965)<br>*al.pfeiffer@lw.com* |
| 3 | Belinda S Lee (Bar No. 199635)<br>*belinda.lee@lw.com* |
| 4 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538 |
| 5 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 6 | *Attorneys for Defendants Square, Inc. and* |
| 7 | *Cash App Investing LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>Defendants. | Case No. 3:21-cv-00781-MMC<br><br>**SQUARE, INC.'S FED. R. CIV. P. RULE 7.1 DISCLOSURE STATEMENT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Square, Inc. states that it is a publicly traded corporation (NYSE: SQ), and, based on currently available public filings, no publicly traded corporation owns 10% or more of Square, Inc.'s stock.

Dated: February 23, 2021

LATHAM & WATKINS LLP

By /s/ Belinda S Lee
BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*