1  LATHAM & WATKINS LLP
    Alfred C. Pfeiffer, Jr. (Bar No. 120965)
2    *al.pfeiffer@lw.com*
    Belinda S Lee (Bar No. 199635)
3    *belinda.lee@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, CA 94111-6538
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095

6  *Attorneys for Defendants Square, Inc. and Cash App Investing LLC*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,

Case No. 3:21-cv-00781-MMC

12  

**SQUARE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**

13      Plaintiffs,

14  v.

15  ALLY FINANCIAL INC. et al.,

16      Defendants.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SQUARE, INC.'S CERTIFICATION
OF INTERESTED ENTITIES
CASE NO. 3:21-CV-00781-MMC

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 23, 2021

LATHAM & WATKINS LLP

By /s/ *Belinda S Lee*
BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
*belinda.lee@lw.com*

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SQUARE, INC.'S CERTIFICATION
OF INTERESTED ENTITIES
CASE NO. 3:21-CV-00781-MMC