LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr. (Bar No. 120965)
*al.pfeiffer@lw.com*
Belinda S Lee (Bar No. 199635)
*belinda.lee@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>Defendants. | Case No. 3:21-cv-00781-MMC<br><br>**CASH APP INVESTING LLC'S FED. R. CIV. P. RULE 7.1 DISCLOSURE STATEMENT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASH APP INVESTING LLC'S
RULE 7.1 DISCLOSURE STATEMENT
CASE NO. 3:21-CV-00781-MMC

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cash App Investing LLC states that it is an indirectly-owned subsidiary of Square, Inc. One-hundred percent of Cash App Investing LLC is owned by Third Party Technologies Inc., which in turn is wholly-owned by Square, Inc.

Dated: February 23, 2021

LATHAM & WATKINS LLP

By */s/ Belinda S Lee*
BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
*belinda.lee@lw.com*

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASH APP INVESTING LLC'S
RULE 7.1 DISCLOSURE STATEMENT
CASE NO. 3:21-CV-00781-MMC