LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr. (Bar No. 120965)
*al.pfeiffer@lw.com*
Belinda S Lee (Bar No. 199635)
*belinda.lee@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>　　　　Defendants. | Case No. 3:21-cv-00781-MMC<br><br>**CASH APP INVESTING LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASH APP INVESTING LLC'S
CERTIFICATION OF INTERESTED ENTITIES
CASE NO. 3:21-CV-00781-MMC

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Cash App Investing LLC is an indirectly-owned subsidiary of Square, Inc. One-hundred percent of Cash App Investing LLC is owned by Third Party Technologies Inc., which in turn is wholly-owned by Square, Inc.

Dated: February 23, 2021

LATHAM & WATKINS LLP

By /s/ *Belinda S Lee*
BELINDA S LEE

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
belinda.lee@lw.com

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*