Kevin Grange (SBN 240065)
kgrange@lowenstein.com
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 433-5800
Facsimile: (650) 328-2799

Thomas E. Redburn, Jr. (admitted *pro hac vice*)
tredburn@lowenstein.com
Maya Ginsburg (admitted *pro hac vice*)
mginsburg@lowenstein.com
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

Zarema Jaramillo (admitted *pro hac vice*)
zjaramillo@lowenstein.com
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838

*Counsel for Defendant*
*Melvin Capital Management LP*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.; | Case No. 3:21-cv-00781-SK<br><br>**MELVIN CAPITAL MANAGEMENT LP'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

| | |
|---|---|
| 1 | FREETRADE, LTD.; |
| | INTERACTIVE BROKERS LLC; |
| 2 | M1 FINANCE, LLC; |
| | OPEN TO THE PUBLIC INVESTING, INC.; |
| 3 | ROBINHOOD FINANCIAL, LLC; |
| 4 | ROBINHOOD MARKETS, INC.; |
| | ROBINHOOD SECURITIES, LLC; |
| 5 | IG GROUP HOLDINGS PLC; |
| | TASTYWORKS, INC.; |
| 6 | TD AMERITRADE, INC.; |
| 7 | THE CHARLES SCHWAB CORPORATION; |
| 8 | CHARLES SCHWAB & CO. INC.; |
| | FF TRADE REPUBLIC GROWTH, LLC; |
| 9 | TRADING 212 LTD.; |
| | TRADING 212 UK LTD.; |
| 10 | WEBULL FINANCIAL LLC; |
| 11 | FUMI HOLDINGS, INC.; |
| | STASH FINANCIAL, INC.; |
| 12 | BARCLAYS BANK PLC; |
| | CITADEL ENTERPRISE AMERICAS, LLC; |
| 13 | CITADEL SECURITIES LLC; |
| | MELVIN CAPITAL MANAGEMENT LP; |
| 14 | SEQUOIA CAPITAL OPERATIONS LLC; |
| 15 | APEX CLEARING CORPORATION; |
| | THE DEPOSITORY TRUST & CLEARING |
| 16 | CORPORATION, |
| 17 | Defendants. |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Melvin Capital Management LP, by and through the undersigned attorneys, hereby certifies that Melvin Capital Management LP does not have any parent corporations and no publicly-held corporation owns 10% or more of its stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L. R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 23, 2021

Respectfully submitted,

/s/ *Kevin Grange*
Kevin Grange (SBN 240065)
kgrange@lowenstein.com
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 433-5800
Facsimile: (650) 328-2799

Thomas E. Redburn, Jr. (admitted *pro hac vice*)
tredburn@lowenstein.com
Maya Ginsburg (admitted *pro hac vice*)
mginsburg@lowenstein.com
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

Zarema Jaramillo (admitted *pro hac vice*)
zjaramillo@lowenstein.com
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838

*Counsel for Defendant*
*Melvin Capital Management LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, I filed the **CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

/s/ *Kevin Grange*