1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Harry A. Olivar, Jr. (Bar No. 143089)
2  harryolivar@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
3  Los Angeles, California 90017
   Telephone:     (213) 443-3000
4  Facsimile:     (213) 443-3100

5  Linda J. Brewer (Bar No. 217730)
   lindabrewer@quinnemanuel.com
6  50 California Street, 22nd Floor
   San Francisco, California 94111
7  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
8
   *Attorneys for Defendant*
9  *Sequoia Capital Operations LLC*

10                      **UNITED STATES DISTRICT COURT**

11                      **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00781-MMC |
| 13  | NOTICE OF APPEARANCE FOR DEFENDANT SEQUOIA CAPITAL OPERATIONS LLC |
| 14                          Plaintiffs, | |
| 15                      vs. | |
| 16  ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; | |

Case No. 3:21-cv-00781-MMC
NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |
| 10 | |
| ... | |
| 28 | |

Case No. 3:21-cv-00781-MMC

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Harry A. Olivar, Jr. of Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, California 90017 hereby appears as counsel on behalf of Defendant Sequoia Capital Operations, LLC in the above-referenced matter. Copies of all pleadings and notices pertaining to the above-entitled action not filed through the Court's electronic filing system should be provided to counsel at the following address:

> Harry A. Olivar, Jr.
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> harryolivar@quinnemanuel.com

DATED: February 23, 2021                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Harry A. Olivar, Jr.
        Harry A. Olivar, Jr.
        *Attorneys for Defendant Sequoia Capital Operations, LLC*

---

NOTICE OF APPEARANCE                    1                    Case No. 3:21-cv-00781-MMC

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, a copy of the foregoing motion, entitled NOTICE OF APPEARANCE FOR DEFENDANT SEQUOIA CAPITAL OPERATIONS LLC was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED:  February 23, 2021    By  */s/ Harry A. Olivar, Jr.*
                                   Harry A. Olivar, Jr.