Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            cyoung@saverilawfirm.com
            areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.; | Case No. 3:21-CV-00781-MMC<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 |

| | |
|---|---|
| 1 | TRADING 212 UK LTD.; |
| | WEBULL FINANCIAL LLC; |
| 2 | FUMI HOLDINGS, INC.; |
| | STASH FINANCIAL, INC.; |
| 3 | BARCLAYS BANK PLC; |
| | CITADEL ENTERPRISE AMERICAS, LLC; |
| 4 | CITADEL SECURITIES LLC; |
| | MELVIN CAPITAL MANAGEMENT LP; |
| 5 | SEQUOIA CAPITAL OPERATIONS LLC; |
| | APEX CLEARING CORPORATION; |
| 6 | THE DEPOSITORY TRUST & CLEARING |
| | CORPORATION, |
| 7 | |
| | Defendants. |
| 8 | |

WHEREAS, on February 1, 2021, Plaintiffs Shang Cheng and Terell Sterling (together, "Plaintiffs") filed a complaint alleging that Defendants conspired to manipulate the prices for certain securities in violation of federal antitrust law, state law and common law (the "Complaint"; Plaintiffs and undersigned Defendants, together, the "Parties");

WHEREAS, on February 5, 2021, Plaintiffs petitioned the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the instant action and 40 other cases involving similar legal claims in order to consolidate pretrial proceedings, *In re January 2021 Short Squeeze Trading Litig.*, MDL No. 2989 (J.P.M.L. Feb. 5, 2021) ECF No. 1 ("Motion for Transfer");

WHEREAS, the Motion for Transfer is pending before the JPML and is noticed to be heard on March 25, 2021;

WHEREAS, the Parties want the action to proceed in an orderly and efficient fashion;

WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties agree to extend the deadline to move or otherwise respond to the Complaint filed and served in the instant action in an orderly fashion, to allow time for the JPML to make its determination;

WHEREAS, an extension of the deadline to move or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, that Defendants deadline to move, or otherwise respond to the Complaint filed in the instant action shall be extended until April 30, 2021, or 30 days after the JPML rules on the Motion for Transfer, whichever is later, pursuant to Civil Local Rule 6-1;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, that if Defendants are required or agree to respond to any

complaint in any other action subject to the JPML motion earlier than the date ordered, the response will be due on or before that date;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, that service of the Complaint has been deemed effective by the undersigned Defendants;

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, as represented by their undersigned counsel, that Defendants preserve all rights to move or otherwise respond to the Complaint.

Dated: February 23, 2021

By:  /s/ *Joseph R. Saveri*
     Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         cyoung@saverilawfirm.com
         areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs Shane Cheng and Terell Sterling*

Dated:   February 23, 2021

LEWIS & LLEWELLYN LLP

By: [signature]

Paul T. Llewellyn
Attorneys for Defendant
FF TRADE REPUBLIC GROWTH, LLC

**E-Filing Attestation**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

                                                       /s/ Joseph R. Saveri
                                                       Joseph R. Saveri