QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

*Attorneys for Defendant
Sequoia Capital Operations LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; | Case No. 3:21-cv-00781-MMC<br><br>SEQUOIA CAPITAL OPERATIONS LLC'S CORPORATE DISCLOSURE STATEMENT |

| | |
|---|---|
| 1 | TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

Case No. 3:21-cv-00781-MMC

CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sequoia Capital Operations, LLC respectfully states as follows:

Sequoia Capital Operations, LLC does not have a parent corporation.

No publicly held corporation owns 10% or more of the stock of Sequoia Capital Operations, LLC.

DATED: February 23, 2021       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Harry A. Olivar, Jr.
Harry A. Olivar, Jr.
*Attorneys for Defendant Sequoia Capital Operations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, a copy of the foregoing motion, entitled SEQUOIA CAPITAL OPERATIONS LLC'S CORPORATE DISCLOSURE STATEMENT was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED: February 23, 2021

By  */s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr.