QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant
Sequoia Capital Operations LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; | Case No. 3:21-cv-00781-MMC<br><br>NOTICE OF APPEARANCE FOR DEFENDANT SEQUOIA CAPITAL OPERATIONS LLC |

Case No. 3:21-cv-00781-MMC
NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF APPEARANCE

Case No. 3:21-cv-00781-MMC

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Linda J. Brewer of Quinn Emanuel Urquhart & Sullivan, LLP, 50 California St., 22nd Floor, San Francisco, CA 94111 hereby appears as counsel on behalf of Defendant Sequoia Capital Operations, LLC in the above-referenced matter.  Copies of all pleadings and notices pertaining to the above-entitled action not filed through the Court's electronic filing system should be provided to counsel at the following address:

>   Linda J. Brewer
>   QUINN EMANUEL URQUHART & SULLIVAN, LLP
>   50 California St., 22nd Floor
>   San Francisco, CA 94111
>   lindabrewer@quinnemanuel.com

DATED: February 23, 2021                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Linda J. Brewer
_____
Linda J. Brewer
*Attorneys for Defendant Sequoia Capital Operations, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, a copy of the foregoing motion, entitled NOTICE OF APPEARANCE FOR DEFENDANT SEQUOIA CAPITAL OPERATIONS LLC was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED:  February 23, 2021          By  */s/ Linda J. Brewer*
                                       Linda J. Brewer