Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          cyoung@saverilawfirm.com
          areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.; | Case No. 3:21-CV-00781-MMC<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 |

TRADING 212 UK LTD.;
WEBULL FINANCIAL LLC;
FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.;
BARCLAYS BANK PLC;
CITADEL ENTERPRISE AMERICAS, LLC;
CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT LP;
SEQUOIA CAPITAL OPERATIONS LLC;
APEX CLEARING CORPORATION;
THE DEPOSITORY TRUST & CLEARING CORPORATION,

          Defendants.

| | |
|---|---|
| 1 | WHEREAS, on February 1, 2021, Plaintiffs Shang Cheng and Terell Sterling (together, "Plaintiffs") filed a complaint against the undersigned Defendant (the "Complaint"; Plaintiffs and undersigned Defendant, together, the "Parties"); |
| 4 | WHEREAS, on February 5, 2021, Plaintiffs petitioned the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the instant action and 40 other cases involving similar legal claims in order to consolidate pretrial proceedings, *In re January 2021 Short Squeeze Trading Litig.*, MDL No. 2989 (J.P.M.L. Feb. 5, 2021) ECF No. 1 ("Motion for Transfer"); |
| 8 | WHEREAS, the Motion for Transfer is pending before the JPML and is noticed to be heard on March 25, 2021; |
| 10 | WHEREAS, the Parties want the action to proceed in an orderly and efficient fashion; |
| 11 | WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order"; |
| 14 | WHEREAS, the Parties agree to extend the deadline to move or otherwise respond to the Complaint filed and served in the instant action in an orderly fashion, to allow time for the JPML to make its determination; |
| 17 | WHEREAS, an extension of the deadline to move or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by Court order; |
| 19 | WHEREAS, Defendant does not waive, and expressly reserves, all available defenses; |
| 20 | WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions; |
| 22 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as represented by their undersigned counsel, and pursuant to Civil Local Rule 6-1, that Defendant's deadline to move, or otherwise respond to the Complaint filed in the instant action shall be extended until April 30, 2021, or if the transfer motion is granted, until the date the transferee judge orders Defendant to move or otherwise respond to the Complaint, whichever is later; |
| 27 | IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as represented by their undersigned counsel, that if a Defendant is required or agrees to respond to any |

1  complaint in any other action subject to the JPML motion earlier than the date ordered, that same

2  Defendant's response will be due on or before that date;

3   IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as

4  represented by their undersigned counsel, that service of the Complaint has been deemed effective by the

5  undersigned Defendant;

6   IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as

7  represented by their undersigned counsel, that the Parties may stipulate to a further extension of time to

8  move or otherwise respond to the operative Complaint in this action;

9   IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as

10 represented by their undersigned counsel, that nothing herein shall prevent Defendant from moving for

11 additional time to move or otherwise respond to the operative Complaint;

12  IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as

13 represented by their undersigned counsel, that Defendant preserves all rights to move or otherwise respond

14 to the Complaint.

15

16 Dated: February 24, 2021         By:    /s/ *Joseph R. Saveri*
                                          Joseph R. Saveri

18                                        Joseph R. Saveri (State Bar No. 130064)
                                          Steven N. Williams (State Bar No. 175489)
19                                        Christopher K.L. Young (State Bar No. 318371)
                                          Anupama K. Reddy (State Bar No. 324873)
20                                        **JOSEPH SAVERI LAW FIRM, INC.**
                                          601 California Street, Suite 1000
21                                        San Francisco, California 94108
                                          Telephone: (415) 500-6800
22                                        Facsimile: (415) 395-9940
                                          Email: jsaveri@saverilawfirm.com
23                                                swilliams@saverilawfirm.com
                                                  cyoung@saverilawfirm.com
24                                                areddy@saverilawfirm.com

25                                        *Counsel for Individual and Representative Plaintiffs*
                                          *Shane Cheng and Terell Sterling*

| | |
|---|---|
| Dated: February 24, 2021 | By:     /s/ *Justina K. Sessions* |

                                                             Justina K. Sessions
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jesssions@wsgr.com

*Counsel for Defendant Open to the Public Investing, Inc.*

**E-Filing Attestation**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph R. Saveri*
　　　　　　　　　　　　　　　　　　　　Joseph R. Saveri