1  **JENNER & BLOCK LLP**
   Brian Hauck (Bar No. 303058)
2  bhauck@jenner.com
3  633 West 5th Street, Suite 3600
   Los Angeles, California 90071
4  Tel:   213.239.5100
   Fax:   213.239.5199
5

6  *Attorneys for Defendant*
   *The Depository Trust & Clearing*
7  *Corporation*

8

9

10              **UNITED STATES DISTRICT COURT**

11           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13  SHANE CHENG and TERELL           Case No. 3:21-cv-00781-MMC
    STERLING, individually and on behalf
14  of others similarly situated,        **NOTICE OF APPEARANCE**

15              Plaintiffs

16

17       vs

18  ALLY FINANCIAL INC. et al.,

19              Defendants.

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Brian Hauck of Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071, Telephone: (213) 239-2244, Facsimile: (213) 239-5199, and Email: bhauck@jenner.com, hereby enters his appearance as counsel of record for Defendant The Depository Trust & Clearing Corporation. Mr. Hauck is a member of the State Bar of California and is admitted to practice in the Northern District of California.

Respectfully Submitted,

Dated: February 25, 2021                By: */s/* Brian Hauck
                                                       Brian Hauck (Bar No. 303058)
                                                       JENNER & BLOCK LLP
                                                       633 W. 5th St., Suite 3600
                                                       Los Angeles, CA 90071
                                                       Telephone: (213) 239-2244
                                                       bhauck@jenner.com

*Counsel for Defendant*
*The Depository Trust & Clearing Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, I electronically filed **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on February 25, 2021.

*/s/* Brian Hauck