| | |
|---|---|
| 1 | KEVIN D. RISING (SBN 211663) |
| | kevin.rising@btlaw.com |
| 2 | **BARNES & THORNBURG LLP** |
| | 2029 Century Park East, Suite 300 |
| 3 | Los Angeles, California  90067 |
| | Telephone:   (310) 284-3880 |
| 4 | Facsimile:   (310) 284-3894 |
| 5 | Attorneys for Defendant |
| | TASTYWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No.  3:21-cv-00781-MMC |
| Plaintiffs, | **NOTICE OF APPEARANCE OF KEVIN D. RISING AS LEAD COUNSEL OF RECORD FOR DEFENDANT TASTYWORKS, INC.** |
| v. | |
| ALLY FINANCIAL, INC., et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kevin D. Rising hereby appears as lead counsel for Defendant TASTYWORKS, INC., ("Defendant"), in the above-captioned matter. As lead counsel for Defendant, Mr. Rising should be added as an attorney to be noticed for all pleadings and papers served electronically in this action via ECF to kevin.rising@btlaw.com.

Dated:      February 25, 2021                **BARNES & THORNBURG LLP**

By:/s/Kevin D. Rising
Kevin D. Rising
Attorneys for Defendant
TASTYWORKS, INC.