Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shane Cheng and Terell Sterling,　　　　)
　　　　　　　　　　　　　　　　　　　)  Case No: 3:21-cv-00781-MMC
　　　　　　　　　Plaintiff(s),　　　　　)
　　　　　　　　　　　　　　　　　　　)  **APPLICATION FOR**
　　v.　　　　　　　　　　　　　　　　)  **ADMISSION OF ATTORNEY**
Ally Financial Inc., et. al.　　　　　　　)  **PRO HAC VICE**
　　　　　　　　　　　　　　　　　　　)  (CIVIL LOCAL RULE 11-3)
　　　　　　　　　Defendant(s).　　　　 )

　　I, _____, an active member in good standing of the bar of The State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Tastyworks, Inc. _____ in the above-entitled action. My local co-counsel in this case is Kevin Rising, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnes & Thornburg LLP | Barnes & Thornburg LLP |
| 2121 N Pearl Street, Suite 700, Dallas, TX 75201 | 2049 Cenury Park E, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 258-4111 | (310) 284-3888 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| thaskins@btlaw.com | krising@btlaw.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24087681 (TX).

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:　February 25, 2021

*Thomas G. Haskins, Jr.*
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Thomas G. Haskins, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　*October 2012*