Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Shane Cheng and Terell Sterling,

                       Plaintiff(s),

   v.

Ally Financial Inc., et. al.

                       Defendant(s).

Case No: 3:21-cv-00781-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **Allison Gerard**, an active member in good standing of the bar of **The State of Texas**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **tastyworks, Inc.** in the above-entitled action. My local co-counsel in this case is **Kevin Rising**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnes & Thornburg LLP<br>2121 N Pearl Street, Suite 700, Dallas, TX 75201 | Barnes & Thornburg LLP<br>2049 Cenury Park E, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(214) 258-4135 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 284-3888 |
| MY EMAIL ADDRESS OF RECORD:<br>Allison.Gerard@btlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>krising@btlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **24118748 (TX)**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 25, 2021

*Allison Gerard*
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Allison Gerard** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE