| | |
|---|---|
| 1 | Adam S. Paris (SBN 190693) |
| | parisa@sullcrom.com |
| 2 | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East |
| 3 | Los Angeles, California 90067 |
| | Telephone:   (310) 712-6600 |
| 4 | Facsimile:   (310) 712-8800 |
| 5 | Marc De Leeuw (*pro hac vice forthcoming*) |
| | deleeuw@sullcrom.com |
| 6 | **SULLIVAN & CROMWELL LLP** |
| | 125 Broad Street |
| 7 | New York, New York 10004 |
| | Telephone:   (212) 558-4000 |
| 8 | Facsimile:   (212) 558-3588 |
| 9 | *Attorneys for Ally Financial, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
| | **NOTICE OF APPEARANCE OF KELLY H. YIN FOR DEFENDANT ALLY FINANCIAL, INC.** |
| Plaintiffs, | |
| v. | |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; | |

| | |
|---|---|
| 1 | THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; |
| 2 | FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; |
| 3 | TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; |
| 4 | FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; |
| 5 | BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, |
| 6 | LLC; CITADEL SECURITIES LLC; |
| 7 | MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS |
| 8 | LLC; APEX CLEARING CORPORATION; |
| 9 | THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 10 | |
| 11 | Defendants. |

-1-

1  **TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

3       **PLEASE TAKE NOTICE** that the Clerk of the Court is hereby

4  requested to enter the appearance of Kelly H. Yin of Sullivan & Cromwell LLP, as

5  counsel of record for Defendant Ally Financial, Inc. in the above-captioned matter.

6  Please add Kelly H. Yin as an attorney to be noticed on all matters at the following

7  address:

8      Kelly H. Yin
    yink@sullcrom.com
9      **SULLIVAN & CROMWELL LLP**
    1888 Century Park East
10     Los Angeles, California 90067
    Telephone: (310) 712-6600
11     Facsimile: (310) 712-8800

12

13

14 Dated: February 25, 2021     Respectfully submitted,

15     */s/ Kelly H. Yin*

16     Kelly H. Yin (SBN 328380)
    yink@sullcrom.com
17     **SULLIVAN & CROMWELL LLP**
    1888 Century Park E, Suite 2100
18     Los Angeles, California 90067
    Telephone: (310) 712-6600
19     Facsimile: (310) 712-8800

20     *Attorney for Allied Financial, Inc.*

21

22

23

24

25

26

27

28