1  Adam S. Paris (SBN 190693)
   parisa@sullcrom.com
2  **SULLIVAN & CROMWELL LLP**
3  1888 Century Park East
   Los Angeles, California 90067
   Telephone:  (310) 712-6600
4  Facsimile:   (310) 712-8800

5  Marc De Leeuw (*pro hac vice forthcoming*)
   deleeuw@sullcrom.com
6  **SULLIVAN & CROMWELL LLP**
7  125 Broad Street
   New York, New York 10004
8  Telephone:  (212) 558-4000
   Facsimile:   (212) 558-3588

9  *Attorneys for Ally Financial, Inc.*

10

11                 **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN FRANCISCO DIVISION**

14

15  SHANE CHENG and TERELL          Case No. 3:21-CV-00781-SK
    STERLING, individually and on behalf
16  of others similarly situated,          **NOTICE OF APPEARANCE OF**
                                           **ADAM S. PARIS FOR**
17                Plaintiffs,              **DEFENDANT ALLY FINANCIAL,**
                                           **INC.**
          v.
18
    ALLY FINANCIAL INC.;
19  ALPACA SECURITIES LLC;
    CASH APP INVESTING LLC;
20  SQUARE INC.;
    DOUGH LLC;
21  MORGAN STANLEY SMITH BARNEY
    LLC; E*TRADE SECURITIES LLC;
22  E*TRADE FINANCIAL
    CORPORATION; E*TRADE
23  FINANCIAL HOLDINGS, LLC;
    ETORO USA SECURITIES, INC.;
24  FREETRADE, LTD.;
    INTERACTIVE BROKERS LLC;
25  M1 FINANCE, LLC;
    OPEN TO THE PUBLIC INVESTING,
26  INC.; ROBINHOOD FINANCIAL, LLC;
    ROBINHOOD MARKETS, INC.;
27  ROBINHOOD SECURITIES, LLC; IG
    GROUP HOLDINGS PLC;
28  TASTYWORKS, INC.;
    TD AMERITRADE, INC.;

1  THE CHARLES SCHWAB
   CORPORATION; CHARLES SCHWAB
   & CO. INC.;
2  FF TRADE REPUBLIC GROWTH,
   LLC; TRADING 212 LTD.;
3  TRADING 212 UK LTD.;
   WEBULL FINANCIAL LLC;
4  FUMI HOLDINGS, INC.;
   STASH FINANCIAL, INC.;
5  BARCLAYS BANK PLC;
   CITADEL ENTERPRISE AMERICAS,
6  LLC;
   CITADEL SECURITIES LLC;
7  MELVIN CAPITAL MANAGEMENT
   LP; SEQUOIA CAPITAL OPERATIONS
8  LLC; APEX CLEARING
   CORPORATION;
9  THE DEPOSITORY TRUST &
   CLEARING CORPORATION,
10
                    Defendants.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Clerk of the Court is hereby requested to enter the appearance of Adam S. Paris of Sullivan & Cromwell LLP, as counsel of record for Defendant Ally Financial, Inc. in the above-captioned matter. Please add Adam S. Paris as an attorney to be noticed on all matters at the following address:

Adam S. Paris
parisa@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Dated:   February 25, 2021          Respectfully submitted,

_/s/ Adam S. Paris_

Adam S. Paris (SBN 190693)
parisa@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park E, Suite 2100
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

*Attorney for Allied Financial, Inc.*