C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:   emonekanderson@fbm.com
Email:   bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:   aryan@cravath.com
Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ALLY FINANCIAL, INC., et al.;<br><br>　　　　　　Defendants. | Case No.: 3:21-cv-00781-MMC<br><br>**NOTICE OF APPEARANCE** |

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number and email are as follows:

> C. Brandon Wisoff (State Bar No. 121930)
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> bwisoff@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated: February 25, 2021

FARELLA BRAUN + MARTEL LLP

By: _____
C. Brandon Wisoff

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.

39900\13961001.1