# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Shane Cheng and Terell Sterling,

Plaintiff(s),

v.

Ally Financial Inc., et. al.

Defendant(s).

Case No: 3:21-cv-00781-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Allison Gerard, an active member in good standing of the bar of The State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: tastyworks, Inc. in the above-entitled action. My local co-counsel in this case is Kevin Rising, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnes & Thornburg LLP<br>2121 N Pearl Street, Suite 700, Dallas, TX 75201 | Barnes & Thornburg LLP<br>2049 Cenury Park E, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 258-4135 | (310) 284-3888 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Allison.Gerard@btlaw.com | krising@btlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24118748 (TX).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: February 25, 2021

*Allison Gerard*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Allison Gerard is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 25, 2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 17, 2021

Re: Allison Gerard, State Bar Number 24118748

To Whom It May Concern:

This is to certify that Allison Gerard was licensed to practice law in Texas on May 07, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web