# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SHANE CHENG, et al., )
  )   Case No: 21-CV-00781-
              Plaintiff(s), )
  )  **APPLICATION FOR**
    v. )  **ADMISSION OF ATTORNEY**
  )  **PRO HAC VICE**
ALLY FINANCIAL, INC., et al., )  (CIVIL LOCAL RULE 11-3)
  )
              Defendant(s). )

I, Marc De Leeuw , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ally Financial, Inc. in the above-entitled action. My local co-counsel in this case is Adam S. Paris , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 125 Broad Street<br>New York, NY 10004 | 1888 Century Park E, Suite 2100<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(212) 558-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 712-6600 |
| MY EMAIL ADDRESS OF RECORD:<br>deleeuwm@sullcrom.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>parisa@sullcrom.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2542942 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/25/21                    Marc De Leeuw
                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marc De Leeuw is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 26, 2021

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



*Appellate Division of the Supreme Court*

*of the State of New York*

*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Marc  De Leeuw

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 22, 1993**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on February 25, 2021.

*Clerk of the Court*

CertID-00002664



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020