| | |
|---|---|
| 1 | Adam S. Paris (SBN 190693) |
| | parisa@sullcrom.com |
| 2 | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East |
| 3 | Los Angeles, California 90067 |
| | Telephone:   (310) 712-6600 |
| 4 | Facsimile:    (310) 712-8800 |
| 5 | Marc De Leeuw (appearance *pro hac vice*) |
| | deleeuw@sullcrom.com |
| 6 | **SULLIVAN & CROMWELL LLP** |
| | 125 Broad Street |
| 7 | New York, New York 10004 |
| | Telephone:   (212) 558-4000 |
| 8 | Facsimile:    (212) 558-3588 |
| 9 | *Attorneys for Ally Financial, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| | SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-CV-00781-SK |
| | | **NOTICE OF APPEARANCE OF KYLE NIEMI FOR DEFENDANT ALLY FINANCIAL, INC.** |
| | Plaintiffs, | |
| | v. | |
| | ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; | |

| | |
|---|---|
| 1 | THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; |
| 2 | FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; |
| 3 | TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; |
| 4 | FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; |
| 5 | BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, |
| 6 | LLC; CITADEL SECURITIES LLC; |
| 7 | MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS |
| 8 | LLC; APEX CLEARING CORPORATION; |
| 9 | THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 10 | |
| 11 | Defendants. |

-1-

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Clerk of the Court is hereby requested to enter the appearance of Kyle Niemi of Sullivan & Cromwell LLP, as counsel of record for Defendant Ally Financial, Inc. in the above-captioned matter. Please add Kyle Niemi as an attorney to be noticed on all matters at the following address:

>  Kyle Niemi
>  niemik@sullcrom.com
>  **SULLIVAN & CROMWELL LLP**
>  1870 Embarcadero Road
>  Palo Alto, California 94303
>  Telephone:  (650) 461-5600
>  Facsimile:   (650) 461-5700

Dated:  February 26, 2021               Respectfully submitted,

                                         /s/ Kyle Niemi
                                        ────────────────────────
                                        Kyle Niemi (SBN 287404)
                                        niemik@sullcrom.com
                                        **SULLIVAN & CROMWELL LLP**
                                        1870 Embarcadero Road
                                        Palo Alto, California 94303
                                        Telephone:  (650) 461-5600
                                        Facsimile:   (650) 461-5700

                                        *Attorneys for Ally Financial, Inc.*