| | |
|---|---|
| 1 | Neal A. Potischman (SBN 254862) |
| | DAVIS POLK & WARDWELL LLP |
| 2 | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| 3 | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| 4 | neal.potischman@davispolk.com |
| 5 | Brian Weinstein |
| | Gina Cora |
| 6 | Janet Jones-Duffey |
| | (*pro hac vice* applications to be filed) |
| 7 | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| 8 | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| 9 | Facsimile: (212) 701-5800 |
| | brian.weinstein@davispolk.com |
| 10 | gina.cora@davispolk.com |
| | janet.jones-duffey@davispolk.com |
| 11 | |
| 12 | *Attorneys for Defendants Morgan Stanley Smith Barney LLC; E*TRADE Financial Corporation;* |
| 13 | *E*TRADE Securities LLC; E*TRADE Financial Holdings, LLC* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00781-MMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN** |
| v. | |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | FINANCIAL LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                              Defendants. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Defendants E*TRADE Financial Corporation; E*TRADE Securities LLC; and E*TRADE Financial Holdings, LLC (collectively, "E*TRADE"); and Morgan Stanley Smith Barney LLC ("Morgan Stanley"). Morgan Stanley and E*TRADE do not waive, and expressly reserve, all available defenses, including those related to personal jurisdiction and venue. Defendants respectfully request that all pleadings and other documents not filed through the Court's electronic filing system be addressed to and served upon Neal A. Potischman using the contact information set forth below.

Dated: February 26, 2021

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Neal A. Potischman

Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for Defendants Morgan Stanley Smith Barney LLC; E*TRADE Financial Corporation; E*TRADE Securities LLC; E*TRADE Financial Holdings, LLC*