| | |
|---|---|
| 1 | Neal A. Potischman (SBN 254862) |
| | DAVIS POLK & WARDWELL LLP |
| 2 | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| 3 | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| 4 | neal.potischman@davispolk.com |
| 5 | Brian Weinstein |
| | Gina Cora |
| 6 | Janet Jones-Duffey |
| | (*pro hac vice* applications to be filed) |
| 7 | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| 8 | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| 9 | Facsimile: (212) 701-5800 |
| | brian.weinstein@davispolk.com |
| 10 | gina.cora@davispolk.com |
| | janet.jones-duffey@davispolk.com |
| 11 | |
| 12 | *Attorneys for Defendants Morgan Stanley Smith Barney LLC; E\*TRADE Financial Corporation; E\*TRADE Securities LLC; E\*TRADE Financial Holdings, LLC* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of all others similarly situated, | | Case No. 3:21-cv-00781-MMC |
| | Plaintiff, | |
| v. | | **DEFENDANT MORGAN STANLEY SMITH BARNEY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E\*TRADE SECURITIES LLC; E\*TRADE FINANCIAL CORPORATION; E\*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD | | |

| | |
|---|---|
| FINANCIAL LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                    Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Morgan Stanley Smith Barney LLC hereby states that Morgan Stanley Smith Barney LLC is a direct, wholly owned subsidiary of Morgan Stanley Domestic Holdings, Inc. Morgan Stanley Domestic Holdings, Inc. is a direct, wholly owned subsidiary of Morgan Stanley Capital Management, LLC. Morgan Stanley Capital Management, LLC is a direct, wholly owned subsidiary of Morgan Stanley. Morgan Stanley is a publically held corporation whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

|     |     |     |
| --- | --- | --- |
| 1   | Dated: February 26, 2021 | Respectfully Submitted, |
| 2   |     | DAVIS POLK & WARDWELL LLP |
| 3   |     |     |
| 4   |     | By: */s/ Neal A. Potischman* |
| 5   |     | Neal A. Potischman (SBN 254862)<br>DAVIS POLK & WARDWELL LLP |
| 6   |     | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 7   |     | Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>neal.potischman@davispolk.com |
| 8   |     |     |
| 9   |     | Brian Weinstein<br>Gina Cora |
| 10  |     | Janet Jones-Duffey<br>(*pro hac vice* applications to be filed) |
| 11  |     | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |
| 12  |     | New York, New York 10017<br>Telephone: (212) 450-4000 |
| 13  |     | Facsimile: (212) 701-5800<br>brian.weinstein@davispolk.com |
| 14  |     | gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com |
| 15  |     | *Attorneys for Defendants Morgan Stanley Smith* |
| 16  |     | *Barney LLC; E\*TRADE Financial Corporation;*<br>*E\*TRADE Securities LLC; E\*TRADE Financial* |
| 17  |     | *Holdings, LLC* |

2