Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for Defendants Morgan Stanley Smith Barney LLC; E\*TRADE Financial Corporation; E\*TRADE Securities LLC; E\*TRADE Financial Holdings, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E\*TRADE SECURITIES LLC; E\*TRADE FINANCIAL CORPORATION; E\*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD | Case No. 3:21-cv-00781-MMC<br><br>**DEFENDANT E\*TRADE SECURITIES LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

FINANCIAL LLC; ROBINHOOD
MARKETS, INC.; ROBINHOOD
SECURITIES, LLC; IG GROUP HOLDINGS
PLC; TASTYWORKS, INC.; TD
AMERITRADE, INC.; THE CHARLES
SCHWAB CORPORATION; CHARLES
SCHWAB & CO. INC.; FF TRADE
REPUBLIC GROWTH, LLC; TRADING 212
LTD.; TRADING 212 UK LTD.; WEBULL
FINANCIAL LLC; FUMI HOLDINGS, INC.;
STASH FINANCIAL, INC.; BARCLAYS
BANK PLC; CITADEL ENTERPRISE
AMERICAS, LLC; CITADEL SECURITIES
LLC; MELVIN CAPITAL MANAGEMENT
LP; SEQUOIA CAPITAL OPERATIONS
LLC; APEX CLEARING CORPORATION;
THE DEPOSITORY TRUST & CLEARING
CORPORATION,

                        Defendants.

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant E*TRADE

2   Securities LLC hereby states that E*TRADE Securities LLC is a direct, wholly owned subsidiary

3   of ETCM Holdings, LLC. ETCM Holdings, LLC is a direct, wholly owned subsidiary of

4   E*TRADE Financial Holdings, LLC. E*TRADE Financial Holdings, LLC is a direct, wholly

5   owned subsidiary of Morgan Stanley Domestic Holdings, Inc. Morgan Stanley Domestic Holdings,

6   Inc. is a direct, wholly owned subsidiary of Morgan Stanley Capital Management, LLC. Morgan

7   Stanley Capital Management, LLC is a direct, wholly owned subsidiary of Morgan Stanley.

8   Morgan Stanley is a publicly held company whose shares are traded on the New York Stock

9   Exchange and has no parent corporation. Based on U.S. Securities and Exchange Commission

10  Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-

11  chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's

12  outstanding common stock.

Dated:   February 26, 2021

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   */s/ Neal A. Potischman*

Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for Defendants Morgan Stanley Smith
Barney LLC; E\*TRADE Financial Corporation;
E\*TRADE Securities LLC; E\*TRADE Financial
Holdings, LLC*

E\*TRADE SECURITIES LLC'S CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:21-CV-00781-MMC