Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for Defendants Morgan Stanley Smith Barney LLC; E*TRADE Financial Corporation; E*TRADE Securities LLC; E*TRADE Financial Holdings, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD | Case No. 3:21-cv-00781-MMC<br><br>**DEFENDANT E*TRADE FINANCIAL CORPORATION'S**<br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

FINANCIAL LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,

                Defendants.

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant E*TRADE
2  Financial Corporation hereby states that E*TRADE Financial Corporation merged into E*TRADE
3  Financial, LLC effective October 2, 2020. E*TRADE Financial, LLC merged into E*TRADE
4  Financial Holdings, LLC effective December 31, 2020. E*TRADE Financial Holdings, LLC is a
5  direct, wholly owned subsidiary of Morgan Stanley Domestic Holdings, Inc. Morgan Stanley
6  Domestic Holdings, Inc. is a direct, wholly owned subsidiary of Morgan Stanley Capital
7  Management, LLC. Morgan Stanley Capital Management, LLC is a direct, wholly owned
8  subsidiary of Morgan Stanley. Morgan Stanley is a publicly held company whose shares are traded
9  on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and
10 Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc.
11 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of
12 Morgan Stanley's outstanding common stock.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 26, 2021 | Respectfully Submitted, |
| 3 | | DAVIS POLK & WARDWELL LLP |
| 4 | | |
| 5 | | By:  /s/ Neal A. Potischman |
| 6 | | Neal A. Potischman (SBN 254862)<br>DAVIS POLK & WARDWELL LLP |
| 7 | | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 8 | | Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>neal.potischman@davispolk.com |
| 9 | | |
| 10 | | Brian Weinstein<br>Gina Cora |
| 11 | | Janet Jones-Duffey<br>(*pro hac vice* applications to be filed) |
| 12 | | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |
| 13 | | New York, New York 10017<br>Telephone: (212) 450-4000 |
| 14 | | Facsimile: (212) 701-5800<br>brian.weinstein@davispolk.com |
| 15 | | gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com |
| 16 | | *Attorneys for Defendants Morgan Stanley Smith Barney LLC; E*TRADE Financial Corporation; |
| 17 | | E*TRADE Securities LLC; E*TRADE Financial Holdings, LLC* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |