Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

Brian Weinstein
Gina Cora
Janet Jones-Duffey
(*pro hac vice* applications to be filed)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Attorneys for Defendants Morgan Stanley Smith Barney LLC; E\*TRADE Financial Corporation; E\*TRADE Securities LLC; E\*TRADE Financial Holdings, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E\*TRADE SECURITIES LLC; E\*TRADE FINANCIAL CORPORATION; E\*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD | Case No. 3:21-cv-00781-MMC<br><br>**DEFENDANT MORGAN STANLEY SMITH BARNEY LLC'S**<br><br>**L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

FINANCIAL LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,

      Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Morgan Stanley Smith Barney LLC
2. Morgan Stanley Domestic Holdings, Inc.
3. Morgan Stanley Capital Management, LLC
4. Morgan Stanley
5. Mitsubishi UFJ Financial Group, Inc.

| | |
|---|---|
| Dated: February 26, 2021 | Respectfully Submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | By: /s/ Neal A. Potischman |
| | Neal A. Potischman (SBN 254862)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>neal.potischman@davispolk.com |
| | Brian Weinstein<br>Gina Cora<br>Janet Jones-Duffey<br>(*pro hac vice* applications to be filed)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>brian.weinstein@davispolk.com<br>gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com |
| | *Attorneys for Defendants Morgan Stanley Smith Barney LLC; E*TRADE Financial Corporation; E*TRADE Securities LLC; E*TRADE Financial Holdings, LLC* |