1  Neal A. Potischman (SBN 254862)
   DAVIS POLK & WARDWELL LLP
2  1600 El Camino Real
   Menlo Park, California 94025
3  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
4  neal.potischman@davispolk.com

5  Brian Weinstein
   Gina Cora
6  Janet Jones-Duffey
   (*pro hac vice* applications to be filed)
7  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
8  New York, New York 10017
   Telephone: (212) 450-4000
9  Facsimile: (212) 701-5800
   brian.weinstein@davispolk.com
10 gina.cora@davispolk.com
   janet.jones-duffey@davispolk.com
11
   *Attorneys for Defendants Morgan Stanley Smith*
12 *Barney LLC; E*TRADE Financial Corporation;*
   *E*TRADE Securities LLC; E*TRADE Financial*
13 *Holdings, LLC*

14

15             UNITED STATES DISTRICT COURT

16         FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18 SHANE CHENG and TERRELL STERLING,
   individually and on behalf of all others           Case No. 3:21-cv-00781-MMC
19 similarly situated,

20           Plaintiff,                               **DEFENDANT E*TRADE SECURITIES**
                                                      **LLC'S**
21      v.
                                                      **L.R. 3-15 CERTIFICATION OF**
22 ALLY FINANCIAL INC.; ALPACA                        **INTERESTED ENTITIES OR**
   SECURITIES LLC; CASH APP                           **PERSONS**
23 INVESTING LLC; SQUARE INC.; DOUGH
   LLC; MORGAN STANLEY SMITH
24 BARNEY LLC; E*TRADE SECURITIES
   LLC; E*TRADE FINANCIAL
25 CORPORATION; E*TRADE FINANCIAL
   HOLDINGS, LLC; ETORO USA
26 SECURITIES, INC.; FREETRADE, LTD.;
   INTERACTIVE BROKERS LLC; M1
27 FINANCE LLC; OPEN TO THE PUBLIC
   INVESTING, INC.; ROBINHOOD
28

FINANCIAL LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,

                Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. E*TRADE Securities LLC
2. ETCM Holdings, LLC
3. E*TRADE Financial Holdings, LLC
4. Morgan Stanley Domestic Holdings, Inc.
5. Morgan Stanley Capital Management, LLC
6. Morgan Stanley
7. Mitsubishi UFJ Financial Group, Inc.

| | |
|---|---|
| Dated: February 26, 2021 | Respectfully Submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | By: /s/ Neal A. Potischman |
| | Neal A. Potischman (SBN 254862)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>neal.potischman@davispolk.com |
| | Brian Weinstein<br>Gina Cora<br>Janet Jones-Duffey<br>(*pro hac vice* applications to be filed)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>brian.weinstein@davispolk.com<br>gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com |
| | *Attorneys for Defendants Morgan Stanley Smith Barney LLC; E\*TRADE Financial Corporation; E\*TRADE Securities LLC; E\*TRADE Financial Holdings, LLC* |