| | |
|---|---|
| 1 | Neal A. Potischman (SBN 254862) |
|   | DAVIS POLK & WARDWELL LLP |
| 2 | 1600 El Camino Real |
|   | Menlo Park, California 94025 |
| 3 | Telephone: (650) 752-2000 |
|   | Facsimile: (650) 752-2111 |
| 4 | neal.potischman@davispolk.com |
| 5 | Brian Weinstein |
|   | Gina Cora |
| 6 | Janet Jones-Duffey |
|   | (*pro hac vice* applications to be filed) |
| 7 | DAVIS POLK & WARDWELL LLP |
|   | 450 Lexington Avenue |
| 8 | New York, New York 10017 |
|   | Telephone: (212) 450-4000 |
| 9 | Facsimile: (212) 701-5800 |
|   | brian.weinstein@davispolk.com |
| 10 | gina.cora@davispolk.com |
|    | janet.jones-duffey@davispolk.com |
| 11 | |
| 12 | *Attorneys for Defendants Morgan Stanley Smith Barney LLC; E\*TRADE Financial Corporation; E\*TRADE Securities LLC; E\*TRADE Financial Holdings, LLC* |
| 13 | |
| 14 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00781-MMC |
| Plaintiff, | **DEFENDANT E\*TRADE FINANCIAL HOLDINGS, LLC'S** |
| v. | **L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E\*TRADE SECURITIES LLC; E\*TRADE FINANCIAL CORPORATION; E\*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD | |

FINANCIAL LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,

                Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. E*TRADE Financial Holdings, LLC
2. Morgan Stanley Domestic Holdings, Inc.
3. Morgan Stanley Capital Management, LLC
4. Morgan Stanley
5. Mitsubishi UFJ Financial Group, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 26, 2021 | Respectfully Submitted, |
| 3 | | DAVIS POLK & WARDWELL LLP |
| 4 | | |
| 5 | | By: /s/ Neal A. Potischman |
| 6 | | Neal A. Potischman (SBN 254862)<br>DAVIS POLK & WARDWELL LLP |
| 7 | | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 8 | | Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>neal.potischman@davispolk.com |
| 9 | | |
| 10 | | Brian Weinstein<br>Gina Cora |
| 11 | | Janet Jones-Duffey<br>(*pro hac vice* applications to be filed) |
| 12 | | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |
| 13 | | New York, New York 10017<br>Telephone: (212) 450-4000 |
| 14 | | Facsimile: (212) 701-5800<br>brian.weinstein@davispolk.com |
| 15 | | gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com |
| 16 | | *Attorneys for Defendants Morgan Stanley Smith* |
| 17 | | *Barney LLC; E\*TRADE Financial Corporation;*<br>*E\*TRADE Securities LLC; E\*TRADE Financial* |
| 18 | | *Holdings, LLC* |