| | |
|---|---|
| 1 | THOMAS G. HASKINS, Jr. (appearance *pro hac vice*) |
| | thaskins@btlaw.com |
| 2 | ALLISON GERARD (appearance *pro hac vice*) |
| | Allison.gerard@btlaw.com |
| 3 | **BARNES & THORNBURG LLP** |
| | 2121 N. Pearl Street, Suite 700 |
| 4 | Dallas, Texas 75201 |
| | Telephone:   (214) 258-4200 |
| 5 | Facsimile:   (214) 258-4199 |
| 6 | KEVIN D. RISING (SBN 211663) |
| | kevin.rising@btlaw.com |
| 7 | **BARNES & THORNBURG LLP** |
| | 2029 Century Park East, Suite 300 |
| 8 | Los Angeles, California  90067 |
| | Telephone:   (310) 284-3880 |
| 9 | Facsimile:   (310) 284-3894 |
| 10 | PAUL OLSZOWKA (appearance *pro hac vice*) |
| | Paul.olszowka@btlaw.com |
| 11 | BARNES & THORNBURG LLP |
| | One North Wacker Drive, 44th Floor |
| 12 | Chicago, Illinois 60606 |
| | Telephone:   (312) 214-5612 |
| 13 | Facsimile:   (312) 759-5646 |
| 14 | Attorneys for Defendant |
| | TASTYWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No.  3:21-cv-00781-MMC |
| Plaintiffs, | **TASTYWORKS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ALLY FINANCIAL, INC., et al., | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant tastyworks, Inc., by and through the undersigned attorneys, hereby certifies that tastyworks, Inc.'s parent corporation is tastytrade, Inc. and no publicly-held corporation owns 10% or more of its stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L. R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 1, 2021

**BARNES & THORNBURG LLP**

By: /s/Thomas G. Haskins, Jr.

THOMAS G. HASKINS, JR. (appearance *pro hac vice*)
thaskins@btlaw.com
ALLISON GERARD (appearance *pro hac vice*)
Allison.gerard@btlaw.com
**BARNES & THORNBURG LLP**
2121 N. Pearl Street, Suite 700
Dallas, Texas 75201
Telephone:(214) 258-4200
Facsimile: (214) 258-4199

KEVIN D. RISING (SBN 211663)
kevin.rising@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:(310) 284-3880
Facsimile: (310) 284-3894

PAUL OLSZOWKA (appearance *pro hac vice*)
Paul.olszowka@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Drive, 44th Floor
Chicago, Illinois 60606
Telephone:(312) 214-5612
Facsimile: (312) 759-5646


Attorneys for Defendant
TASTYWORKS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I filed the **CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

/s/Thomas G. Haskins, Jr.