Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           cyoung@saverilawfirm.com
           areddy@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs*
*Shane Cheng and Terell Sterling*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLY FINANCIAL INC.; <br> ALPACA SECURITIES LLC; <br> CASH APP INVESTING LLC; <br> SQUARE INC.; <br> DOUGH LLC; <br> MORGAN STANLEY SMITH BARNEY LLC; <br> E*TRADE SECURITIES LLC; <br> E*TRADE FINANCIAL CORPORATION; <br> E*TRADE FINANCIAL HOLDINGS, LLC; <br> ETORO USA SECURITIES, INC.; <br> FREETRADE, LTD.; <br> INTERACTIVE BROKERS LLC; <br> M1 FINANCE, LLC; <br> OPEN TO THE PUBLIC INVESTING, INC.; <br> ROBINHOOD FINANCIAL, LLC; <br> ROBINHOOD MARKETS, INC.; <br> ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; <br> TASTYWORKS, INC.; <br> TD AMERITRADE, INC.; <br> THE CHARLES SCHWAB CORPORATION; <br> CHARLES SCHWAB & CO. INC.; <br> FF TRADE REPUBLIC GROWTH, LLC; <br> TRADING 212 LTD.; | Case No. 3:21-CV-00781-MMC <br><br> CERTIFICATE OF SERVICE |

| | |
|---|---|
| TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                Defendants. | |

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed by the Joseph Saveri Law Firm, Inc. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On March 1, 2021, I caused to be served the following documents:

1. CASE MANAGEMENT CONFERENCE ORDER;

2. STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY;

3. STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

by electronic mail or U.S. First Class Mail upon all persons appearing below, as designated.

I further certify that Plaintiffs Cheng and Sterling have undertaken efforts to complete service on Defendants Freetrade LTD, located at 32-38 Leman Street, London, E1 8EW, United Kingdom, Trade Republic, Kastanienallee 32, 10435 Berlin, Germany; Trading 212 Ltd., located at 3 Lachezar Stanchev Str., Litex Tower, Floor 10, Sofia 1797, Bulgaria; and Trading 212 UK Ltd., located at 107 Cheapside, London, EC2V 6DN, United Kingdom (collectively, the "Overseas Defendants"), but to date have not identified counsel or an agent located in the United States to accept service on its behalf.

Accordingly, Plaintiffs are preparing to formally serve documents identified above on the overseas defendants under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Convention) and will amend this Proof of Service when service is completed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2021 at San Francisco, California.

By:   */s/ Sean Robertson*
      Sean Robertson

| Via Electronic Mail | |
|---|---|
| Adam S. Paris (SBN 190693)<br>Kelly Hope Yin<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone:  (310) 712-6600<br>Facsimile:   (310) 712-8800<br>Email:  parisa@sullcrom.com<br>            yink@sullcrom.com<br><br>Marc De Leeuw<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:  (212) 558-4000<br>Facsimile:   (212) 291-9035<br>deleeuwm@sullcrom.com<br><br>*Attorneys for Ally Financial, Inc.* | Leiv H. Blad, Jr. (Cal Bar. No. 151353)<br>Allison M. Vissichelli (*pro hac vice application forthcoming*)<br>LOWENSTEIN SANDLER LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone:  (202) 753-3800<br>Facsimile:   (202) 753-3838<br>Email:   lblad@lowenstein.com<br>Email:   avissichelli@lowenstein.com<br><br>H. Gregory Baker (*pro hac vice application forthcoming*)<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (973) 597-2457<br>Email:   hbaker@lowenstein.com<br><br>*Attorneys for Alpaca Securities LLC and eToro USA Securities Inc.* |

| | |
|---|---|
| J. Mark Gidley (pro hac vice)<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br>Telephone:  (202) 626-3600<br>Facsimile:  (202) 639-9355<br>Email:  mgidley@whitecase.com<br><br>Heather M. Burke (SBN 284100)<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone:  (650) 213-0300<br>Facsimile:  (650) 213-8158<br>Email:  hburke@whitecase.com<br><br>Jack E. Pace III (pro hac vice)<br>Bryan D. Gant (pro hac vice)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  jpace@whitecase.com<br>         bgant@whitecase.com<br><br>*Attorneys for Apex Clearing Corporation* | Lawrence E. Buterman<br>Lilia B Vazova<br>Richard D. Owens<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>212-906-1200<br>Email: lawrence.buterman@lw.com<br>       lilia.vazova@lw.com<br>       richard.owens@lw.com<br><br>Colleen Elise Heyler<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>(415) 391-0600<br>Fax: (415) 395-8095<br>Email: colleen.heyler@lw.com<br><br>*Attorneys for Barclays Bank PLC* |

| | |
|---|---|
| Al Pfeiffer (SBN 120965)<br>Belinda S Lee (SBN 199635)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br>Email:  al.pfeiffer@lw.com<br>Email:  belinda.lee@lw.com<br><br>*Attorneys for Cash App Investing LLC and Square Inc.* | William A. Burck<br>Christopher D. Kercher<br>Steig David Olson<br>Justin Thomas Reinheimer<br>QUINN EMANUEL<br>51 Madison Avenue, 22nd Floor,<br>New York, New York, 10010<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br>christopherkercher@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>justinreinheimer@quinnemanuel.com<br><br>Adam L Hoeflich<br>BARTLIT BECK LLP<br>800 N. Michigan Avenue, Apt. # 2101.<br>Chicago, IL 60611<br>312-494-4400<br>Email: adam.hoeflich@bartlitbeck.com<br><br>*Attorneys for Citadel Enterprise America, LLC and Citadel Securities LLC* |

| | |
|---|---|
| Paul T. Llewellyn<br>LEWIS & LLEWELLYN LLP<br>601 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415-800-0592<br>Email: PLlewellyn@lewisllewellyn.com<br><br>*Attorneys for Defendant FF Trade Republic Growth, LLC* | Nisha Patel (Cal. 260709)<br>DECHERT LLP<br>Palo Alto, CA 94306<br>Telephone:  (650) 853 4800<br>Facsimile:  (650) 853 4848<br>Email:  nisha.patel@dechert.com<br><br>Andrew J. Levander<br>Samuel W. Stelk<br>DECHERT LLP<br>New York, NY 10036<br>Telephone:  (212) 698-3500<br>Facsimile:  (212) 698-3599<br>Email:  andrew.levander@dechert.com<br>Email:  samuel.stelk@dechert.com<br><br>Steven Bizar<br>DECHERT LLP<br>Philadelphia, PA 19104<br>Telephone:  (215) 994 4000<br>Facsimile:  (215) 994 2222<br>Email:  steven.bizar@dechert.com<br><br>Shari Ross Lahlou<br>DECHERT LLP<br>Washington, D.C. 20006<br>Telephone:  (202) 261 3300<br>Facsimile:  (202) 261 3333<br>Email:  shari.lahlou@dechert.com<br><br>*Attorneys for Interactive Brokers LLC* |

| | |
|---|---|
| Patrick E. Gibbs (SBN: 183174)<br>Brett H. De Jarnette (SBN: 292919)<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br>Telephone:  (650) 843-5000<br>Facsimile:   (650) 849 7400<br>Email:   pgibbs@cooley.com<br>Email:   bdejarnette@cooley.com<br><br>*Attorneys for M1 Finance, LLC* | Kevin Grange (SBN 240065)<br>LOWENSTEIN SANDLER LLP<br>390 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone:  (650) 433-5800<br>Facsimile:   (650) 328-2799<br>Email:   kgrange@lowenstein.com<br><br>Thomas E. Redburn, Jr. (pro hac vice)<br>Maya Ginsburg (pro hac vice)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 262-6700<br>Facsimile:   (973) 597-2457<br>Email:   tredburn@lowenstein.com<br>Email:   mginsburg@lowenstein.com<br><br>Zarema Arutyunova Jaramillo (pro hac vice)<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone:  (202) 753-3800<br>Facsimile:   (202) 753-3838<br>Email:   zjaramillo@lowenstein.com<br><br>*Attorneys for Melvin Capital Management LP* |

| | |
|---|---|
| Neal Potischman (State Bar No. 254862)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, CA<br>(650) 752-2021<br>neal.potischman@davispolk.com<br><br>Brian S. Weinstein<br>Gina Cora<br>Janet Jones-Duffey<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br>brian.weinstein@davispolk.com<br>gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com<br><br>*Attorneys for Morgan Stanley Smith Barney LLC; E\*TRADE Financial Corporation; E\*TRADE Financial Holdings, LLC; and E\*TRADE Securities LLC* | Brendan Jasper Coffman<br>Kenneth Ryan O'Rourke<br>WILSON SONSINI GOODRICH AND ROSATI, P.C.<br>Antitrust<br>1700 K Street, NW<br>Fifth Floor<br>Washington, DC 20006<br>202-973-8891<br>Email: bcoffman@wsgr.com<br>korourke@wsgr.com<br><br>Justina Kahn Sessions<br>WILSON SONSINI GOODRICH AND ROSATI, P.C.<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>415-947-2000<br>Fax: 415-947-2099<br>Email: jsessions@wsgr.com<br><br>*Attorneys for Open to the Public Investing, Inc.* |
| C. Brandon Wisoff<br>Eric D. Monek Anderson<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br>Email:   emonekanderson@fbm.com<br>Email:   bwisoff@fbm.com<br><br>*Attorneys for Robinhood Financial LLC; Robinhood Markets, Inc.; and Robinhood Securities, LLC* | Harry A. Olivar, Jr. (State Bar No. 143089)<br>QUINN EMANUAL URQUHART & SULLIVAN LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>Email:  harryolivar@quinnemanuel.com<br><br>Linda J. Brewer (State Bar No. 217730)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:  (415) 875 6600<br>Facsimile:  (415) 875 6700<br>Email:  lindabrewer@quinnemanuel.com<br><br>*Attorneys for Sequoia Capital Operations LLC* |

| | |
|---|---|
| Joseph E. Floren (Cal. Bar No. 168292)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel.: (415) 442-1000 / Fax: (415) 442-1001<br>Email: joseph.floren@morganlewis.com<br><br>Robin Nunn (*pro hac vice* application forthcoming)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Tel.: (212) 309-6000 / Fax: (212) 309-3001<br>Email: robin.nunn@morganlewis.com<br><br>*Attorneys for Stash Financial, Inc.* | Kevin Rising (Cal. Bar No. 211663)<br>BARNES & THORNBURG LLP<br>2029 Century Park E, Suite 300<br>Los Angeles, CA 90067-2904<br>Tel.: (310) 284-3888<br>Fax: (310) 284-3894<br>krising@btlaw.com<br><br>Thomas Haskins (pro hac vice application forthcoming)<br>Allison Gerard (pro hac vice application forthcoming)<br>BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Tel.: (214) 258-4200<br>Fax: (214) 258-4199<br>thaskins@btlaw.com<br>allison.gerard@btlaw.com<br><br>Paul Olszowka (pro hac vice application forthcoming)<br>BARNES & THORNBURG LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833<br>Tel.: (312) 214-5612<br>Fax: (312) 759-5646<br>paul.olszowka@btlaw.com<br><br>*Attorneys for tastyworks, Inc. and dough LLC* |
| Brian M. Lutz (State Bar No. 255976)<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street. Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8379<br>Facsimile: (415) 374-8474<br>Email: BLutz@gibsondunn.com<br><br>*Attorneys for TD Ameritrade, Inc.; The Charles Schwab Corporation; and Charles Schwab & Co. Inc.* | Brian Hauck<br>JENNER AND BLOCK LLP<br>633 W. 5th St.<br>Suite 3500<br>Los Angeles, CA 90071<br>213-239-5100<br>Email: bhauck@jenner.com<br><br>*Attorneys for The Depository Trust and Clearing Corporation* |

| | |
|---|---|
| Micah A Taylor<br>TAYLOR & GRAY LLC<br>733 Third Avenue, 16th Floor,<br>New York, New York 10017<br>Tele: 212.588.8906<br>Fac: 212.202.7918<br>Email: micah@taylorgrayllc.com<br><br>*Attorneys for Webull Financial LLC* | |

| Via U.S. Mail ||
|---|---|
| Freetrade LTD<br>Freetrade LTD<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, Delaware 19801 |
| IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, Illinois 60606 | Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10<br>Sofia 1797, Bulgaria |
| Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom | |