1

2  BARTLIT BECK LLP
   Adam L. Hoeflich (*Pro Hac Vice*)
3  adam.hoeflich@bartlitbeck.com
   Courthouse Place
4  54 West Hubbard Street, Suite 300
   Chicago, Illinois 60654
5  Telephone: (312) 494-4400
   Facsimile: (312) 494-4440

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Stephen A. Broome (Bar No. 314605)
7  stephenbroome@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
8  Los Angeles, California 90017
   Telephone: (213) 443-3000
9  Facsimile: (213) 443-3100

10 Justin Reinheimer (Bar No. 268868)
   justinreinheimer@quinnemanuel.com
11 50 California Street, 22nd Floor
   San Francisco, California 94111
12 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

13
   William A. Burck (*Pro Hac Vice*)
14 williamburck@quinnemanuel.com
   1300 I Street, N.W., Suite 900
15 Washington, D.C. 20005
   Telephone: (202) 538-8000
16 Facsimile: (202) 538-8100

17 Steig D. Olson (*Pro Hac Vice*)
   steigolson@quinnemanuel.com
18 Christopher D. Kercher (*Pro Hac Vice*)
   christopherkercher@quinnemanuel.com
19 51 Madison Avenue, 22nd Floor
   New York, New York 10010
20 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

21
   *Attorneys for Defendants Citadel Securities LLC and*
22 *Citadel Enterprise Americas LLC*

23

24

25

26

27

28

Case No. 3:21-cv-00781-MMC

RULE 7.1 DISCLOSURE STATEMENT FOR  DEFENDANTS CITADEL SECURITIES LLC AND CITADEL ENTERPRISE
AMERICAS LLC

1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3
4
5
6
7

SHANE CHENG and TERELL STERLING,
individually and on behalf of others
Similarly situated,

           Plaintiffs,

      vs.

Case No.: 3:21-cv-00781-MMC

**RULE 7.1 DISCLOSURE**
**STATEMENT FOR**
**DEFENDANTS CITADEL**
**SECURITIES LLC AND**
**CITADEL ENTERPRISE**
**AMERICAS LLC**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ALLY FINANCIAL INC.; ALPACA SECURITIES
LLC; CASH APP INVESTING LLC; SQUARE
INC.; DOUGH LLC; MORGAN STANLEY
SMITH BARNEY LLC; E*TRADE SECURITIES
LLC; E*TRADE FINANCIAL CORPORATION;
E*TRADE FINANCIAL HOLDINGS, LLC;
ETORO USA SECURITIES, INC.; FREETRADE,
LTD.; INTERACTIVE BROKERS LLC; M1
FINANCE, LLC; OPEN TO THE PUBLIC
INVESTING, INC.; ROBINHOOD FINANCIAL,
LLC; ROBINHOOD MARKETS, INC.;
ROBINHOOD SECURITIES, LLC; IG GROUP
HOLDINGS PLC; TASTYWORKS, INC.; TD
AMERITRADE, INC.; THE CHARLES SCHWAB
CORPORATION; CHARLES SCHWAB & CO.
INC.; FF TRADE REPUBLIC GROWTH, LLC;
TRADING 212 LTD.; TRADING 212 UK LTD.;
WEBULL FINANCIAL LLC; FUMI HOLDINGS,
INC.; STASH FINANCIAL, INC.; BARCLAYS
BANK PLC; CITADEL ENTERPRISE
AMERICAS LLC; CITADEL SECURITIES LLC;
MELVIN CAPITAL MANAGEMENT LP;
SEQUOIA CAPITAL OPERATIONS LLC; APEX
CLEARING CORPORATION; THE
DEPOSITORY TRUST & CLEARING
CORPORATION,

          Defendants.

25
26
27
28

1

## **DISCLOSURE STATEMENT**

2

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Citadel Securities LLC

3

and Citadel Enterprise Americas LLC state as follows:

4

Citadel Securities LLC is a wholly-owned indirect subsidiary of Citadel Securities GP

5

LLC.  No publicly traded corporation owns 10% or more of Citadel Securities GP LLC's stock.

6

Citadel Enterprise Americas LLC is a wholly-owned indirect subsidiary of Citadel GP

7

LLC.  No publicly traded corporation owns 10% or more of Citadel GP LLC's stock.

8

9

10

Dated: March 1, 2021                              Respectfully Submitted,

11

12

By:  */s/ Adam L. Hoeflich*
       Adam L. Hoeflich

13

14

BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street, Suite 300

15

Chicago, IL  60654
Telephone: (312) 494-4400
adam.hoeflich@bartlitbeck.com

16

17

*Attorney for Defendants Citadel Securities LLC
and Citadel Enterprise Americas LLC*

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-cv-00781-MMC

RULE 7.1 DISCLOSURE STATEMENT FOR  DEFENDANTS CITADEL SECURITIES LLC AND CITADEL ENTERPRISE
AMERICAS LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

*/s/ Adam L. Hoeflich*
Adam L. Hoeflich

RULE 7.1 DISCLOSURE STATEMENT FOR  DEFENDANTS CITADEL SECURITIES LLC AND CITADEL ENTERPRISE AMERICAS LLC