UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALLY FINANCIAL INC., et al<br><br><br><br><br><br><br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00781-MMC<br><br>ORDER GRANTING<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, Janet Jones-Duffey, an active member in good standing of the bar of the Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendants Morgan Stanley Smith Barney LLC, E*TRADE Financial Corporation, E*TRADE Securities LLC, and E*Trade Financial Holdings in the above-captioned action. My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record:<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | Local co-counsel's address of record:<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, California 94025 |
|---|---|
| My telephone # of record:<br>(212) 450-4000 | Local co-counsel's telephone # of record:<br>(650) 752-2021 |
| My email address of record:<br>janet.jones-duffey@davispolk.com | Local co-counsel's email address of record:<br>neal.potischman@davispolk.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5334032.

1

*PRO HAC VICE* APPLICATION & ORDER
CASE NO. 3:21-cv-00781-MMC

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   February 26, 2021                             /s/ Janet Jones-Duffey
                                                                       Janet Jones-Duffey

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Janet Jones-Duffey is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communications with, local co-counsel designated in the application will constitute notice to the party.

Dated:   March 1, 2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

2

*PRO HAC VICE* APPLICATION & ORDER
CASE NO. 3:21-cv-00781-MMC

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____JANET  JONES-DUFFEY_____ , Bar # _____JJ0726_____

was duly admitted to practice in the Court on

_____June 15, 2015_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.          On       _____February 25, 2021_____
             New York, New York

_____Ruby J. Krajick_____              By    _____s/ V. Bart_____
        Clerk of Court                                       Deputy Clerk