1  Adam S. Paris (SBN 190693)
   parisa@sullcrom.com
2  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East
3  Los Angeles, California 90067
   Telephone:  (310) 712-6600
4  Facsimile:   (310) 712-8800

5  Marc De Leeuw (appearance *pro hac vice*)
   deleeuwm@sullcrom.com
6  **SULLIVAN & CROMWELL LLP**
   125 Broad Street
7  New York, New York 10004
   Telephone:  (212) 558-4000
8  Facsimile:   (212) 558-3588

9  *Attorneys for Ally Financial, Inc.*

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                 **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| 15  SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>                   Plaintiffs,<br><br>         v.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE | Case No. 3:21-cv-00781-MMC<br><br>**RULE 7.1 DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT ALLY FINANCIAL, INC.** |

SULLIVAN & CROMWELL LLP

RULE 7.1 DISCLOSURE STATEMENT AND CIV. L.R. 3-15
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR
DEFENDANT ALLY FINANCIAL, INC.

CASE NO. 3:21-CV-00781-MMC

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                        Defendants. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-1-

SULLIVAN & CROMWELL LLP

RULE 7.1 DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT ALLY FINANCIAL, INC.

CASE NO. 3:21-CV-00781-MMC

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Ally Financial, Inc. ("Ally") states as follows:

Ally has no parent corporation and no publicly traded corporation owns 10% or more of Ally's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: March 2, 2021

Respectfully submitted,

*/s/ Marc De Leeuw*

Marc De Leeuw (appearance *pro hac vice*)
deleeuwm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:    (212) 291-9035

*Attorneys for Ally Financial, Inc.*

SULLIVAN & CROMWELL LLP

RULE 7.1 DISCLOSURE STATEMENT AND CIV. L.R. 3-15
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR
DEFENDANT ALLY FINANCIAL, INC.                                            CASE NO. 3:21-CV-00781-MMC

|    |                                                                                                                                                                                                                                                 |
|----|-----|
| 1  | **CERTIFICATE OF SERVICE**                                                                                                                                                                                                                      |
| 2  |                                                                                                                                                                                                                                                 |
| 3  |     I hereby certify that on March 2, 2021, I filed the Rule 7.1 Corporate Disclosure Statement and Civ. L.R. 3-15 Certification of Interested Entities or Persons with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case. |

*/s/ Marc De Leeuw*

Rule 7.1 Disclosure Statement and Civ. L.R. 3-15
Certification of Interested Entities or Persons for
Defendant Ally Financial, Inc.

Sullivan & Cromwell LLP

Case No. 3:21-CV-00781-MMC

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I filed the Rule 7.1 Corporate Disclosure Statement and Civ. L.R. 3-15 Certification of Interested Entities or Persons with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

*/s/ Marc De Leeuw*

Rule 7.1 Disclosure Statement and Civ. L.R. 3-15
Certification of Interested Entities or Persons for
Defendant Ally Financial, Inc.

Sullivan & Cromwell LLP

Case No. 3:21-CV-00781-MMC