BARTLIT BECK LLP
Adam L. Hoeflich (*Pro Hac Vice*)
adam.hoeflich@bartlitbeck.com
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Justin Reinheimer (Bar No. 268868)
justinreinheimer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

William A. Burck (*Pro Hac Vice*)
williamburck@quinnemanuel.com
1300 I Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Steig D. Olson (*Pro Hac Vice*)
steigolson@quinnemanuel.com
Christopher D. Kercher (*Pro Hac Vice*)
christopherkercher@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendants Citadel Securities LLC and Citadel Enterprise Americas LLC*

Case No. 3:21-cv-00781-MMC

CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANTS CITADEL SECURITIES LLC AND CITADEL ENTERPRISE AMERICAS LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others Similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>Defendants. | Case No.: 3:21-cv-00781-MMC<br><br>**CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANTS CITADEL SECURITIES LLC AND CITADEL ENTERPRISE AMERICAS LLC** |

Case No. 3:21-cv-00781-MMC

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Citadel Securities GP LLC.
2. Citadel GP LLC.

Dated: March 1, 2021                            Respectfully Submitted,

By: */s/ Adam L. Hoeflich*
    Adam L. Hoeflich

BARTLIT BECK LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL  60654
Telephone: (312) 494-4400
adam.hoeflich@bartlitbeck.com

*Attorney for Defendants Citadel Securities LLC and Citadel Enterprise Americas LLC*

3
Case No. 3:21-cv-00781-MMC

CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANTS CITADEL SECURITIES LLC AND CITADEL ENTERPRISE AMERICAS LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

          */s/ Adam L. Hoeflich*
          Adam L. Hoeflich

Case No. 3:21-cv-00781-MMC

CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANTS CITADEL SECURITIES LLC AND CITADEL ENTERPRISE AMERICAS LLC