Joseph E. Floren (State Bar No. 168292)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
joseph.floren@morganlewis.com

Robin Nunn (*Pro Hac Vice* Pending)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel:  (212) 309-6000
Fax: (212) 309-6001
robin.nunn@morganlewis.com

Attorneys for Defendant Stash Financial, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL, INC., et al.,<br><br>Defendant. | Case No. 3:21-cv-00781-MMC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT STASH FINANCIAL, INC.**<br><br>Judge: Hon. Maxine M. Chesney |

Case No. 3:21-cv-00781-MMC

DB1/ 119494199.1

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT STASH FINANCIAL, INC.

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE of the appearance of Joseph E. Floren and Robin Nunn of Morgan, Lewis & Bockius LLP as counsel of record for and on behalf of Defendant Stash Financial, Inc.

> Joseph E. Floren
> One Market, Spear Street Tower
> San Francisco, California 94105
> Telephone: (415) 442-1000
> joseph.floren@morganlewis.com
>
> Robin Nunn (*Pro Hac Vice* Pending)
> 101 Park Avenue
> New York, New York 10178
> Tel: (212) 309-6000
> robin.nunn@morganlewis.com

Mr. Floren is licensed to practice law in the State of California, is a member in good standing with the California State Bar and is admitted to practice law in the United States District Court for the Northern District of California. Ms. Nunn's application to practice before this Court *pro hac vice* is pending. Counsel requests that they be added to the service list as counsel of record for Stash Financial, Inc. and that they be served with copies of all pleadings and notices in the above-captioned matter.

Dated: March 2, 2021

**MORGAN, LEWIS & BOCKIUS LLP**

By: _/s/ Joseph E. Floren_
    Joseph E. Floren
    *Attorneys for Defendant Stash Financial, Inc.*

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

Case No. 3:21-cv-00781-MMC

2

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT STASH FINANCIAL, INC.

DB1/ 119494199.1