Joseph E. Floren (State Bar No. 168292)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
joseph.floren@morganlewis.com

Robin Nunn (*Pro Hac Vice* Pending)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel:  (212) 309-6000
Fax: (212) 309-6001
robin.nunn@morganlewis.com

Attorneys for Defendant Stash Financial, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERRELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL, INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-00781-MMC<br><br>**DEFENDANT STASH FINANCIAL, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Judge: Hon. Maxine M. Chesney |

Case No. 3:21-cv-00781-MMC

DB1/ 119370282.1

1   Defendant Stash Financial, Inc., by and through its undersigned attorneys and expressly

2   subject to and without waiving any defense, including but not limited to lack of personal

3   jurisdiction, hereby submits this Disclosure Statement pursuant to Fed. R. Civ. Proc. 7.1 and Civil

4   L.R. 3-15.

5   Pursuant to Fed. R. Civ. Proc. 7.1, Defendant Stash Financial, Inc. respectfully states that

6   it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

7   Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

8   associations of persons, firms, partnerships, corporations (including parent corporations) or other

9   entities (i) have a financial interest in the subject matter in controversy or in a party to the

10   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

11   substantially affected by the outcome of this proceeding:  Stash Financial, Inc. is a privately-held

12   foreign business corporation.  It is headquartered in New York, New York.

13

14   Dated: March 2, 2021

**MORGAN, LEWIS & BOCKIUS LLP**

15   By:   */s/ Joseph E. Floren*

16   Joseph E. Floren
*Attorneys for Defendant Stash Financial, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO