Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158
hburke@whitecase.com

J. Mark Gidley (*admitted pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807
Telephone:  (202) 626-3600
Facsimile:   (202) 639-9355
mgidley@whitecase.com

Jack E. Pace (*admitted pro hac vice*)
Bryan D. Gant (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113
jpace@whitecase.com
bgant@whitecase.com

Attorneys for Apex Clearing Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION; | Case No. 3:21-cv-00781-MMC<br><br>**DEFENDANT APEX CLEARING CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| 1 | E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC;<br>IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.;<br>TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                    Defendants. | |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Apex Clearing Corporation hereby certifies that Apex Clearing Holdings LLC and PEAK6 Investments LLC are parent corporations of Apex Clearing Corporation. Apex Clearing Corporation further certifies that no publicly held corporation has a 10% or greater ownership interest in Apex Clearing Corporation.[1]

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter. In filing this Statement, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

Dated:   March 5, 2021

Respectfully submitted,

By: */s/ Heather M. Burke*
Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

J. Mark Gidley (*admitted pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
mgidley@whitecase.com

Jack E. Pace (*admitted pro hac vice*)
Bryan D. Gant (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
bgant@whitecase.com

Attorneys for Apex Clearing Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

Executed:   March 5, 2021         */s/ Heather M. Burke*
                                                        Heather M. Burke