| | |
|---|---|
| 1 | Heather M. Burke (SBN 284100) |
| 2 | WHITE & CASE LLP<br>3000 El Camino Real |
| 3 | 2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109 |
| 4 | Telephone:  (650) 213-0300<br>Facsimile:   (650) 213-8158 |
| 5 | hburke@whitecase.com |
| 6 | J. Mark Gidley (*admitted pro hac vice*)<br>WHITE & CASE LLP |
| 7 | 701 Thirteenth Street, NW<br>Washington, DC  20005-3807 |
| 8 | Telephone:  (202) 626-3600<br>Facsimile:   (202) 639-9355 |
| 9 | mgidley@whitecase.com |
| 10 | Jack E. Pace (*admitted pro hac vice*)<br>Bryan D. Gant (*admitted pro hac vice*) |
| 11 | WHITE & CASE LLP<br>1221 Avenue of the Americas |
| 12 | New York, NY  10020<br>Telephone:  (212) 819-8200 |
| 13 | Facsimile:   (212) 354-8113<br>jpace@whitecase.com |
| 14 | bgant@whitecase.com |
| 15 | Attorneys for Apex Clearing Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00781-MMC |
| 21 | | **CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT APEX CLEARING CORPORATION** |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC; | |
| 25 | CASH APP INVESTING LLC;<br>SQUARE INC.; | |
| 26 | DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY | |
| 27 | LLC;<br>E*TRADE SECURITIES LLC; | |
| 28 | E*TRADE FINANCIAL CORPORATION; | |

CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:21-cv-00781-MMC

|   |   |
|---|---|
| 1 | E*TRADE FINANCIAL HOLDINGS, LLC; |
|   | ETORO USA SECURITIES, INC.; |
|   | FREETRADE, LTD.; |
| 2 | INTERACTIVE BROKERS LLC; |
|   | M1 FINANCE, LLC; |
| 3 | OPEN TO THE PUBLIC INVESTING, INC.; |
|   | ROBINHOOD FINANCIAL, LLC; |
| 4 | ROBINHOOD MARKETS, INC.; |
|   | ROBINHOOD SECURITIES, LLC; |
| 5 | IG GROUP HOLDINGS PLC; |
|   | TASTYWORKS, INC.; |
| 6 | TD AMERITRADE, INC.; |
|   | THE CHARLES SCHWAB CORPORATION; |
| 7 | CHARLES SCHWAB & CO. INC.; |
|   | FF TRADE REPUBLIC GROWTH, LLC; |
| 8 | TRADING 212 LTD.; |
|   | TRADING 212 UK LTD.; |
| 9 | WEBULL FINANCIAL LLC; |
|   | FUMI HOLDINGS, INC.; |
| 10 | STASH FINANCIAL, INC.; |
|   | BARCLAYS BANK PLC; |
| 11 | CITADEL ENTERPRISE AMERICAS, LLC; |
|   | CITADEL SECURITIES LLC; |
| 12 | MELVIN CAPITAL MANAGEMENT LP; |
|   | SEQUOIA CAPITAL OPERATIONS LLC; |
| 13 | APEX CLEARING CORPORATION; |
|   | THE DEPOSITORY TRUST & CLEARING |
| 14 | CORPORATION, |
|   |   |
|   | Defendants. |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Apex Clearing Holdings LLC

2. PEAK6 Investments LLC

Dated: March 5, 2021

Respectfully submitted,

By: */s/ Heather M. Burke*
Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

J. Mark Gidley (*admitted pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
mgidley@whitecase.com

Jack E. Pace (*admitted pro hac vice*)
Bryan D. Gant (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
bgant@whitecase.com

Attorneys for Apex Clearing Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

Executed:     March 5, 2021                              */s/ Heather M. Burke*
                                                                            Heather M. Burke