| | |
|---|---|
| 1 | LEWIS & LLEWELLYN LLP |
| 2 | Paul T. Llewellyn (Bar No. 216887)<br>pllewellyn@lewisllewellyn.com |
| 3 | Evangeline A.Z. Burbidge (Bar No. 266966)<br>eburbidge@lewisllewellyn.com |
| 4 | 601 Montgomery Street, Suite 2000<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 800-0590<br>Facsimile: (415) 390-2127 |
| 6 | Attorneys for FF Trade Republic Growth, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC;<br>CASH APP INVESTING LLC;<br>SQUARE INC.;<br>DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY LLC;<br>E*TRADE SECURITIES LLC;<br>E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC;<br>ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.; | Case No. 3:21-CV-00781-SK<br><br>**DEFENDANT FF TRADE REPUBLIC GROWTH, LLC'S CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.;<br>TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>            Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FF Trade Republic Growth, LLC ("Defendant") hereby provides the following corporate disclosure statement: FF Trade Republic Growth, LLC is owned by The Founders Fund Growth, LP and The Founders Fund Growth Principals Fund, LP.

Dated:  March 5, 2021                                            LEWIS & LLEWELLYN LLP


                                                                 By: */S/PAUL T. LLEWELLYN*
                                                                     Paul T. Llewellyn
                                                                     Attorneys for Defendant
                                                                     FF TRADE REPUBLIC GROWTH, LLC