QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Marina Lev (Bar No. 321647)
marinalev@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Justin Reinheimer (Bar No. 268868)
justinreinheimer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

William A. Burck (*pro hac vice*)
williamburck@quinnemanuel.com
1300 I Street NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Steig D. Olson (*pro hac vice*)
steigolson@quinnemanuel.com
Christopher D. Kercher (*pro hac vice*)
christopherkercher@quinnemanuel.com
51 Madison Avenue, 22nd Floor,
New York, New York, 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendants Citadel Enterprise Americas, LLC and Citadel Securities LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP | Case No. 4:21-cv-00781-HSG<br><br>**NOTICE OF APPEARANCE FOR MARINA LEV** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                    Defendants. |

1 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that attorney Marina Lev of Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, California, 90017, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel in the above captioned matter on behalf of Defendants Citadel Enterprise Americas, LLC and Citadel Securities LLC.

DATED: March 18, 2021       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Marina Lev*
    Marina Lev
    Attorney for Citadel Enterprise Americas, LLC and Citadel Securities LLC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

DATED: March 18, 2021         By  */s/ Marina Lev*
                                          Marina Lev