| | |
|---|---|
| 1 | Kelly H. Yin (SBN 328380) |
| | yink@sullcrom.com |
| 2 | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East |
| 3 | Los Angeles, California 90067 |
| | Telephone:   (310) 712-6600 |
| 4 | Facsimile:    (310) 712-8800 |
| 5 | *Attorneys for Ally Financial, Inc.* |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated, | Case No. 4:21-CV-00781-HSG |
| 13 | | **NOTICE OF CHANGE IN COUNSEL** |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; | |

| | |
|---|---|
| 1 | TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 8 | Defendants. |

-1-

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Kelly H. Yin of the law firm Sullivan & Cromwell LLP hereby requests, pursuant to Local Rule 5-1(c)(2)(C), that the Court withdraw her as counsel in this action on behalf of Defendant Ally Financial, Inc. and remove her from the related electronic service lists. Defendant will continue to be represented by other counsel at Sullivan & Cromwell LLP.

Dated: March 19, 2021

Respectfully submitted,

*/s/ Kelly H. Yin*

Kelly H. Yin (SBN 328380)
yink@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park E, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Ally Financial, Inc.*