```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Harry A. Olivar, Jr. (Bar No. 143089)
 2  harryolivar@quinnemanuel.com
    Korinna S. Anderson (Bar No. 335508)
 3  korinnaanderson@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
 4  Los Angeles, California 90017
    Telephone:     (213) 443-3000
 5  Facsimile:     (213) 443-3100

 6  Linda J. Brewer (Bar No. 217730)
    lindabrewer@quinnemanuel.com
 7  50 California Street, 22nd Floor
    San Francisco, California 94111
 8  Telephone:     (415) 875-6600
    Facsimile:     (415) 875-6700
 9
    Attorneys for Defendant
10  Sequoia Capital Operations LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CHENG and TERELL STERLING, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB | Case No. 4:21-cv-00781-HSG<br><br>**NOTICE OF APPEARANCE OF KORINNA S. ANDERSON** |

Case No. 4:21-cv-00781-HSG

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 |             Defendants. |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF APPEARANCE

Case No. 4:21-cv-00781-HSG

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Korinna S. Anderson of Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017, hereby appears as counsel on behalf of Defendant Sequoia Capital Operations, LLC in the above-referenced matter.  Copies of all pleadings and notices pertaining to the above-entitled action not filed through the Court's electronic filing system should be provided to counsel at the following address:

> Korinna S. Anderson
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 S. Figueroa St., 10th Floor
> Los Angeles, CA 90017
> korinnaanderson@quinnemanuel.com

DATED: March 22, 2021               QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ Korinna S. Anderson
Korinna S. Anderson
*Attorneys for Defendant Sequoia Capital Operations, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, a copy of the foregoing motion, entitled NOTICE OF APPEARANCE OF KORINNA S. ANDERSON was filed with the Court using the Court's ECF system, which sent notice to all counsel of record.

DATED:  March 22, 2021            By  */s/ Korinna S. Anderson*
                                       Korinna S. Anderson