Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in *red**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Adam S. Paris | 7. **Your Phone Number:** | (310) 712-6663 |
| 2. **Your Email Address: *** | parisa@sullcrom.com | 8. **Full Case Number (if applicable):** | 4:21-cv-00781-HSG |
| 3. **Receipt Number:*** | 0971-15624305 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 02/25/2021 | | |
| 5. **Transaction Time:*** | 4:36 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 317.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

I did not press the back button during filing of the Pro Hac Vice application. However, I was charged twice for the filing fee of $317. The correct receipt number is 0971-15624643. Thank you.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☑ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED** By Ana Banares at 6:33 pm, Apr 08, 2021 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded:  26RQ26RT | Agency refund tracking ID number: 0971- 15624305 |
| Date refund processed:  4/12/2021 | Refund processed by:  JPN |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

# Jesusa Nobleza

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, April 12, 2021 6:10 PM |
| **To:** | Jesusa Nobleza |
| **Subject:** | Pay.gov  Refund: CAND CM ECF |

CAUTION - EXTERNAL:

Your refund has been submitted to Pay.gov and the details are below. If you have any questions regarding this refund, please contact CAND Help Desk at (866) 638-7829 or ECFHelpdesk@cand.uscourts.gov.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 26RQ26RT
Agency Tracking ID: 0971-15624305

Payment Method: Plastic Card
Transaction Type: Refund
Transaction Date: Apr 12, 2021 09:08:26 PM

Transaction Amount: $317.00
Account Holder Name: Adam Paris
Card Type: AmericanExpress
Card Number: ************2002

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.